**BEFORE THE
UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

In re: Digital Advertising Antitrust Litigation   )
                                                  )   MDL No.: 3010
_____)

**CERTIFICATE OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Appearance were served on counsel of record for all parties in Texas et al. v. Google, LLC, 4:20-cv-00957 (E.D.Tex.) electronically via ECF on May 18, 2021.

Dated: May 18, 2021

/s/ W. Mark Lanier
W. Mark Lanier
States of Texas, Idaho, South Dakota,
North Dakota, and Mississippi
The Lanier Law Firm, P.C.
10940 W. Sam Houston Pkwy N.
Suite 100
Houston, Texas 77064