BEFORE THE
UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In re: Digital Advertising Antitrust Litigation   )
                                                          )      MDL No.: 3010
_____)

**CERTIFICATE OF SERVICE**

      In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Appearance were served on counsel of record for all parties in Texas et al. v. Google, LLC, 4:20-cv-00957 (E.D.Tex.) electronically via ECF on May 18, 2021.

                                      Dated:  May 18, 2021

                                      Name:  /s/ Johnathan R. Carter
                                      Assistant Attorney General
                                      Office of the Arkansas Attorney General
                                      323 Center Street, Suite 200
                                      Little Rock, AR 72201
                                      Phone: 501.682.8063
                                      Fax: 501.682.8118
                                      Email: Johnathan.carter@arkansasag.gov