# Exhibit B

ECF,MDL,RELATED

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:21-cv-06841-PKC

The State Of Texas, et al v. Google, LLC                      Date Filed: 08/13/2021
Assigned to: Judge P. Kevin Castel                           Jury Demand: Plaintiff
Lead case: 1:21-md-03010-PKC                                 Nature of Suit: 410 Anti-Trust
Member case: (View Member Case)                              Jurisdiction: Federal Question
 Related Case: 1:21-md-03010-PKC
Case in other court: Texas Eastern, 4:20-cv-00957
Cause: 28:1331at Fed. Question: Anti-trust

**Plaintiff**

**The State of Texas**                    represented by   **Jason Allen Zweig**
                                                           Keller Postman LLC
                                                           150 N Riverside Plaza
                                                           Suite 4100
                                                           Chicago, IL 60606
                                                           312-216-8667
                                                           Email: jaz@kellerpostman.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Noah Heinz**
                                                           Keller Postman LLC
                                                           1100 Vermont Avenue, N.W.
                                                           Ste 12th Floor
                                                           Washington, DC 20005
                                                           202-918-1841
                                                           Email: noah.heinz@kellerpostman.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **W Mark Lanier**
                                                           The Lanier Law Firm
                                                           6810 FM 1960 West
                                                           PO Box 691448
                                                           Houston, TX 77269-1448
                                                           713/659-5200
                                                           Fax: 17136590024
                                                           Email: jrm@lanierlawfirm.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Alex Jerome Brown**
                                                           The Lanier Law Firm, P.C.
                                                           10940 W. Sam Houston Pkwy N
                                                           Suite 100
                                                           Houston, TX 77064

713-659-5200
Email: alex.brown@lanierlawfirm.com
*ATTORNEY TO BE NOTICED*

**Ashley C. Keller**
Keller Postman LLC
150 N. Riverside Plaza
Suite 4100
Chicago, IL 60606
312-741-5220
Email: ack@kellerpostman.com
*ATTORNEY TO BE NOTICED*

**Brooke Clason Smith**
Keller Lenkner LLC
150 N. Riverside Plaza, Suite 4270
Chicago, IL 60606
312-216-8656
Fax: 312-971-3502
Email: brooke.smith@kellerlenkner.com
*TERMINATED: 03/08/2023*

**Daniel Strunk**
Keller Postman LLC
1100 Vermont Avenue, N.W.
Ste 12th Floor
Washington, DC 20005
202-983-5482
Email: daniel.strunk@kellerpostman.com
*TERMINATED: 06/04/2023*

**David M. Ashton**
Texas Attorney General's Office
State of Texas
300 W. 15th Street, 7th Floor
Austin, TX 78701
(512)-936-1781
Fax: (512)-320-0975
Email:
david.ashton@texasattorneygeneral.gov
*TERMINATED: 09/30/2021*
*PRO HAC VICE*

**James R. Dugan , II**
The Dugan Law Firm, APLC
365 Canal Street, Suite 1000
New Orleans, LA 70130
(504)-648-0180
Fax: (504)-648-0181
Email: jdugan@dugan-lawfirm.com
*ATTORNEY TO BE NOTICED*

**James Lloyd**
Office of the Attorney General of Texas

Texas
PO Box 12548
Austin, TX 78711-2548
512-936-1873
Email: james.lloyd@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Matthew Levinton**
Office of The Attorney General of Texas
P O Box 12548
Capitol Station
Austin, TX 78711-2548
512-936-1674
Email: Matthew.Levinton@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Nicholas G. Grimmer**
Nick Grimmer
13617 Amber Dawn Ct.
Manor, TX 78653
214-755-4097
Email: nick.grimmer@oag.texas.gov
*TERMINATED: 08/24/2022*

**R Floyd Walker**
Public Utility Commission of Texas
1701 N. Congress Avenue
Austin, TX 78701
512-936-7261
Fax: 512-419-9502
Email: floyd.walker@puc.texas.gov
*TERMINATED: 09/30/2021*

**Shawn Cowles**
Office of the Attorney General of Texas -
214
214 W 14th Street
Austin, TX 78701
512-936-1378
Email: shawn.cowles@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Stephen Yelderman**
Keller Lenkner LLC
150 N. Riverside Plaza, Suite 4270
Chicago, IL 60606
312-741-5220
Email:
stephen.yelderman@kellerlenkner.com
*ATTORNEY TO BE NOTICED*

**Warren D Postman**
Keller Lenkner LLC
1300 I Street, N.W., Suite 400E

Washington, DC 20005
312-948-8463
Fax: 312-971-3502
Email: wdp@kellerlenkner.com
*ATTORNEY TO BE NOTICED*

**Zeke DeRose , III**
Lanier Law Firm
10940 W Sam Houston Pkwy
Suite 100
Houston, TX 77064
713-659-5200
Email: zeke.derose@lanierlawfirm.com
*ATTORNEY TO BE NOTICED*

**W. Mark Lanier**
Lanier Law Firm
10940 W. Sam Houston Pkwy N
Suite 100
Houston, TX 77064
713-659-5200
Fax: 713-659-2204
Email: jrm@lanierlawfirm.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Arkansas**                        represented by    **Johnathan R Carter**
Office of the Arkansas Attorney General
323 Center Street
suite 200
Little Rock, AR 72201
501-682-8063
Fax: 501-682-8118
Email: johnathan.carter@arkansasag.gov
*LEAD ATTORNEY*

**Ashley C. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Zeke DeRose , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**W. Mark Lanier**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Idaho**                          represented by    **Brett Talmage DeLange**
Idaho Attorney General's Office
P.O. Box 83720
Boise, ID 83720
208-334-4114

Fax: 208-334-4151
Email: brett.delange@ag.idaho.gov
*(Inactive)*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John K Olson**
Office of the Idaho Attorney General
945 W. Jefferson St., Second Floor
P.O Box 83720
Boise, ID 83720
208-332-3549
Fax: 208-334-4151
Email: john.olson@ag.idaho.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ashley C. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Zeke DeRose , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**W. Mark Lanier**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Indiana**                    represented by   **Matthew Alan Michaloski**
Office of Indiana Attorney General
302 W Washington St 5th Floor
Indianapolis, IN 46204-2770
317-234-1479
Fax: 317-232-7979
Email: matthew.michaloski@atg.in.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Leroy Barnhart**
Office of the Indiana Attorney General
302 W Washington St
IGCS 5th Floor
Indianapolis, Ste IGCS 5th Floor
Indianapolis, IN 46234
317-232-6309
Email: scott.barnhart@atg.in.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ashley C. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Zeke DeRose , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**W. Mark Lanier**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Commonwealth of Kentucky**     represented by   **John Christian Lewis**
Kentucky Office of the Attorney General
1024 Capital Center Drive
Suite 200
Frankfort, KY 40601
502-696-5605
Fax: 502-573-8317
Email: christian.lewis@ky.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ashley C. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip R Heleringer**
Office of the Kentucky Attorney General
1024 Capital Center Drive
Suite 200
Frankfort, KY 40601
502-696-5300
Email: philip.heleringer@ky.gov
*ATTORNEY TO BE NOTICED*

**Zeke DeRose , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**W. Mark Lanier**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Mississippi**     represented by   **Ashley C. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hart Martin**
Mississippi Attorney General's Office
P.O. Box 220
Jackson, MS 39205
601-359-4223
Fax: 601-359-2033
Email: hart.martin@ago.ms.gov

*ATTORNEY TO BE NOTICED*

**Zeke DeRose , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**W. Mark Lanier**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**State of Missouri**                     represented by  **Kimberley Biagioli**
                                                          Missouri Attorney General's Office
                                                          615 E. 13th Street, Suite 401
                                                          Kansas City, MO 64106
                                                          816-889-3090
                                                          Fax: 816-889-5006
                                                          Email: Kimberley.Biagioli@ago.mo.gov
                                                          *TERMINATED: 09/23/2021*
                                                          *LEAD ATTORNEY*

                                                          **Ashley C. Keller**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Stephen Mark Hoeplinger**
                                                          Missouri Attorney General's Office
                                                          815 Olive Street
                                                          Second Floor
                                                          St. Louis, MO 63101
                                                          314-340-7849
                                                          Email: stephen.hoeplinger@ago.mo.gov
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Zeke DeRose , III**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **W. Mark Lanier**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**State of North Dakota**                 represented by  **Elin S Alm**
*Drew H. Wrigley, Attorney General*                      Office of Attorney General of North Dakota
                                                          1720 Burlington Drive
                                                          Suite C
                                                          Bismarck, ND 58504
                                                          701-328-5570
                                                          Email: ealm@nd.gov
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Parrell D Grossman**
Office of the Attorney General of North
Dakota
1050 East Interstate Ave.
Suite 200
Bismarck, ND 58503-5574
701-328-5570
Fax: 701-328-5568
Email: pgrossman@nd.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ashley C. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Zeke DeRose , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**W. Mark Lanier**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of South Dakota**                    represented by    **Ashley C. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yvette K Lafrentz**
Office of Attorney General
1302 E. Highway 14, Suite 1
Pierre, SD 57501
605-773-3215
Email: yvette.lafrentz@state.sd.us
*ATTORNEY TO BE NOTICED*

**Zeke DeRose , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**W. Mark Lanier**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Utah**                    represented by    **Ashley C. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tara W Pincock**
Utah Office of Attorney General
160 E 300 S, 5th Floor
PO Box 140874

84114, Ste 5th Floor
Salt Lake City, UT 84114
385-881-3958
Fax: 801-366-0378
Email: tpincock@agutah.gov
*ATTORNEY TO BE NOTICED*

**Zeke DeRose , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**W. Mark Lanier**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Alaska**                    represented by   **Ashley C. Keller**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Jeffery G Pickett**
                                                        Department of Law, Office of the Attorney
                                                        General
                                                        1031 W. 4th Ave., Suite 200
                                                        Anchorage, AK 99501
                                                        907-269-5275
                                                        Fax: 907-276-3697
                                                        Email: jeff.pickett@alaska.gov
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Zeke DeRose , III**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **W. Mark Lanier**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Florida**                   represented by   **Ashley C. Keller**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Lee Istrail**
                                                        Office of the Attorney General of Florida
                                                        The Capitol, PL-01
                                                        Pl-01
                                                        Tallahassee, FL 32399
                                                        850-414-3300
                                                        Email: lee.istrail@myfloridalegal.com
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Zeke DeRose , III**
                                                        (See above for address)

*ATTORNEY TO BE NOTICED*

**W. Mark Lanier**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**State of Nevada**                        represented by   **Lucas J Tucker**
                                                            Nevada Attorney General's Office
                                                            8945 W. Russell Road
                                                            Suite 204
                                                            Las Vegas, NV 89148
                                                            702-486-3256
                                                            Email: ltucker@ag.nv.gov
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Marie W.L. Martin**
                                                            Attorney General
                                                            350 N. State Street
                                                            Salt Lake City, UT 84114
                                                            385-270-2164
                                                            Email: mwmartin@agutah.gov
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Michelle C Newman**
                                                            Nevada State Attorney General's Office
                                                            100 North Carson Street
                                                            Carson City, NV 89701
                                                            775-684-1164
                                                            Email: mnewman@ag.nv.gov
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Ashley C. Keller**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Zeke DeRose , III**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **W. Mark Lanier**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Commonwealth of Puerto Rico**            represented by   **Ashley C. Keller**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Thaizza M Rodriguez**
                                                            Puerto Rico Department of Justice

PO Box 9020192
San Juan, PR 00902
787-349-8633
Email: trodriguez@justicia.pr.gov
*ATTORNEY TO BE NOTICED*

**Zeke DeRose , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**W. Mark Lanier**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Montana**                    represented by **Charles J Cooper**
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036
(202)-220-9600
Email: ccooper@cooperkirk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ashley C. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian W Barnes**
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036
(202) 220-9623
Fax: (202) 220-9601
Email: bbarnes@cooperkirk.com
*ATTORNEY TO BE NOTICED*

**David H Thompson**
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036
(202)-220-9600
Email: dthompson@cooperkirk.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Harold S. Reeves**
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036
(202) 220-9620
Fax: (202) 220-9601
Email: hreeves@cooperkirk.com
*ATTORNEY TO BE NOTICED*

**Mark W Mattioli**
Office of Consumer Protection
P.O. Box 200151
Helena, MT 59620-0151
406-444-2026
Email: mmattioli@mt.gov
*ATTORNEY TO BE NOTICED*

**Zeke DeRose , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**W. Mark Lanier**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Google LLC**                    represented by    **Eric J. Mahr**
Freshfields Bruckhaus Deringer US LLP
700 13th Street NW
10th Floor
20005, Ste 10th Floor
Washington DC, DC 20005
202-777-4545
Email: eric.mahr@freshfields.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R Paul Yetter**
Yetter Coleman, LLP - Houston
909 Fannin, Suite 3600
Houston, TX 77010
713/632-8000
Fax: 17136328002
Email: pyetter@yettercoleman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryce Callahan**
Yetter Coleman, LLP
811 Main Street, Suite 4100
Houston, TX 77002
713-632-8067
Fax: 713-632-8002
Email: bcallahan@yettercoleman.com
*ATTORNEY TO BE NOTICED*

**Bryce L Callahan**
Yetter Coleman, LLP - Houston
909 Fannin, Suite 3600

Houston, TX 77010
713-632-8000
Fax: 713-632-8002
Email: bcallahan@yettercoleman.com
*ATTORNEY TO BE NOTICED*

**Daniel S. Bitton**
Axinn, Veltrop & Harkrider, LLP
114 West 47th Street
New York, NY 10036
(212)-728-2239
Fax: (212)-728-2201
Email: dbitton@axinn.com
*ATTORNEY TO BE NOTICED*

**Eric Mahr**
Freshfields Bruckhaus Deringer US LLP
700 13th St NW
Washington, DC 20005
202-777-4545
Fax: 202-507-5945
Email: eric.mahr@freshfields.com
*ATTORNEY TO BE NOTICED*

**John David Harkrider**
Axinn Veltrop & Harkrider LLP
114 W 47th St
New York, NY 10036
(212)-728-2210
Fax: (212)-728-2201
Email: jharkrider@axinn.com
*ATTORNEY TO BE NOTICED*

**Julie Elmer**
Freshfields Bruckhaus Deringer US LLP
700 13th St NW
Washington, DC 20005
202-777-4587
Fax: 202-507-5987
Email: julie.elmer@freshfields.com
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**State of Louisiana**                    represented by **Ashley C. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James R. Dugan , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**W. Mark Lanier**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**State of South Carolina**                    represented by    **Ashley C. Keller**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Rebecca M Hartner**
                                                                Office of the South Carolina Attorney
                                                                General
                                                                PO Box 11549
                                                                Columbia, SC 29211
                                                                803-734-5855
                                                                Email: rhartner@scag.gov
                                                                *ATTORNEY TO BE NOTICED*

                                                                **W. Mark Lanier**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

**Amicus**

**Reporters Committee for Freedom of the**     represented by    **Katielynn Boyd Townsend**
**Press and 23 Media Organizations**                            Reporters Committee For Freedom of The
                                                                Press
                                                                1156 15th Street NW Suite 1020
                                                                Washington, DC 20005
                                                                202-795-9300
                                                                Fax: 202-795-9310
                                                                Email: ktownsend@rcfp.org
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/16/2020 | 1 | COMPLAINT (REDACTED) against Google, LLC, filed by State of Mississippi, State of Idaho, State of Missouri, State of South Dakota, State of Arkansas, State of North Dakota, The State Of Texas, State of Indiana, State of Utah, Commonwealth of Kentucky. (Attachments: # 1 Civil Cover Sheet)(kls, ) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 12/16/2020) |
| 12/16/2020 | 2 | MOTION to Seal Document *(Unredacted Complaint)* by Commonwealth of Kentucky, State of South Dakota, State of Arkansas, State of Idaho, State of Indiana, State of Mississippi, State of Missouri, State of North Dakota, State of Utah, The State Of Texas. (Attachments: # 1 Text of Proposed Order)(Ashton, David) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 12/16/2020) |
| 12/16/2020 | | Case Assigned to District Judge Sean D. Jordan. (kls, ) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 12/16/2020) |
| 12/16/2020 | | Filing fee: $ 402.00, receipt number TXE100020929 (tkd, ) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 12/16/2020) |
| 12/16/2020 | | In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non-jury trial and to order the entry of a final judgment. The form Consent to Proceed Before Magistrate Judge is available on our website. All |

| | | |
|---|---|---|
| | | signed consent forms, excluding pro se parties, should be filed electronically using the event *Notice Regarding Consent to Proceed Before Magistrate Judge*. (kls, ) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 12/16/2020) |
| 12/17/2020 | 3 | ORDER - granting 2 Motion for Leave to File Unredacted Complaint Under Seal. Signed by District Judge Sean D. Jordan on 12/17/2020. (baf, ) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 12/17/2020) |
| 12/21/2020 | 4 | NOTICE of Attorney Appearance - Pro Hac Vice by Elin S Alm on behalf of State of North Dakota. Filing fee $ 100, receipt number 0540-8162739. (Alm, Elin) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 12/21/2020) |
| 12/21/2020 | 5 | NOTICE of Attorney Appearance - Pro Hac Vice by Hart Martin on behalf of State of Mississippi. Filing fee $ 100, receipt number 0540-8163309. (Martin, Hart) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 12/21/2020) |
| 12/22/2020 | 6 | NOTICE of Attorney Appearance - Pro Hac Vice by Brett DeLange on behalf of State of Idaho. Filing fee $ 100, receipt number 0540-8164572. (DeLange, Brett) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 12/22/2020) |
| 12/22/2020 | 7 | NOTICE of Attorney Appearance - Pro Hac Vice by Yvette K Lafrentz on behalf of State of South Dakota. Filing fee $ 100, receipt number 0540-8165089. (Lafrentz, Yvette) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 12/22/2020) |
| 12/22/2020 | 8 | NOTICE of Attorney Appearance - Pro Hac Vice by Ashley C Keller on behalf of The State Of Texas. Filing fee $ 100, receipt number 0540-8165762. (Keller, Ashley) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 12/22/2020) |
| 12/22/2020 | 9 | NOTICE of Attorney Appearance - Pro Hac Vice by Warren D Postman on behalf of The State Of Texas. Filing fee $ 100, receipt number 0540-8166151. (Postman, Warren) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 12/22/2020) |
| 12/28/2020 | 10 | NOTICE of Attorney Appearance - Pro Hac Vice by Kimberley Biagioli on behalf of State of Missouri. Filing fee $ 100, receipt number 0540-8169915. (Biagioli, Kimberley) (Additional attachment(s) added on 12/28/2020: # 1 Sealed Attachment) (nkl, ). [Transferred from Texas Eastern on 8/13/2021.] (Entered: 12/28/2020) |
| 12/28/2020 | 11 | NOTICE of Attorney Appearance - Pro Hac Vice by Matthew Michaloski on behalf of State of Indiana. Filing fee $ 100, receipt number 0540-8170280. (Michaloski, Matthew) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 12/28/2020) |
| 12/28/2020 | 12 | NOTICE of Attorney Appearance - Pro Hac Vice by Scott Barnhart on behalf of State of Indiana. Filing fee $ 100, receipt number 0540-8170353. (Barnhart, Scott) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 12/28/2020) |
| 01/04/2021 | 13 | SUMMONS Issued as to Google, LLC. (baf, ) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 01/04/2021) |
| 01/04/2021 | 14 | SUMMONS Returned Executed by The State Of Texas. Google, LLC served on 1/4/2021, answer due 1/25/2021. (Keller, Ashley) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 01/04/2021) |
| 01/05/2021 | 15 | NOTICE of Attorney Appearance - Pro Hac Vice by Nicholas G. Grimmer on behalf of The State Of Texas. Filing fee $ 100. (Grimmer, Nicholas) (Receipt No. TXE100020944) Modified on 1/5/2021 (bmf, ). [Transferred from Texas Eastern on 8/13/2021.] (Entered: 01/05/2021) |
| 01/05/2021 | 16 | NOTICE of Attorney Appearance - Pro Hac Vice by Kim Van Winkle on behalf of The State Of Texas. Filing fee $ 100, receipt number 0540-8181919. (Van Winkle, Kim) |

| | | [Transferred from Texas Eastern on 8/13/2021.] (Entered: 01/05/2021) |
|---|---|---|
| 01/05/2021 | 17 | Emergency MOTION for Protective Order by Commonwealth of Kentucky, State of South Dakota, State of Arkansas, State of Idaho, State of Indiana, State of Mississippi, State of Missouri, State of North Dakota, State of Utah, The State Of Texas. (Attachments: # 1 Text of Proposed Order)(Lanier, W) (Attachment 1 replaced on 1/6/2021) (baf, ). [Transferred from Texas Eastern on 8/13/2021.] (Entered: 01/05/2021) |
| 01/05/2021 | 18 | NOTICE of Attorney Appearance by Alex J Brown on behalf of All Plaintiffs (Brown, Alex) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 01/05/2021) |
| 01/05/2021 | 19 | NOTICE of Attorney Appearance by Zeke DeRose, III on behalf of All Plaintiffs (DeRose, Zeke) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 01/05/2021) |
| 01/06/2021 | 20 | NOTICE of Attorney Appearance - Pro Hac Vice by Tara W Pincock on behalf of State of Utah. Filing fee $ 100, receipt number 0540-8183343. (Pincock, Tara) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 01/06/2021) |
| 01/06/2021 | 21 | ORDER. It is hereby ORDERED that Plaintiffs must file the unredacted complaint as described in the Court's December 17, 2020 Order by no later than January 7, 2021. Signed by District Judge Sean D. Jordan on 1/6/2021. (baf, ) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 01/06/2021) |
| 01/07/2021 | 22 | Sealed COMPLAINT- Unredacted Complaint. (Keller, Ashley) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 01/07/2021) |
| 01/08/2021 | 23 | NOTICE of Attorney Appearance by Zeke DeRose, III on behalf of The State Of Texas (DeRose, Zeke) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 01/08/2021) |
| 01/08/2021 | 24 | NOTICE of Attorney Appearance by Alex J Brown on behalf of The State Of Texas (Brown, Alex) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 01/08/2021) |
| 01/11/2021 | 25 | NOTICE of Attorney Appearance - Pro Hac Vice by John Christian Lewis on behalf of Commonwealth of Kentucky. Filing fee $ 100, receipt number 0540-8191070. (Lewis, John) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 01/11/2021) |
| 01/13/2021 | 26 | NOTICE of Attorney Appearance - Pro Hac Vice by Shawn Cowles on behalf of The State Of Texas. Filing fee $ 100, receipt number 0540-8195475. (Cowles, Shawn) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 01/13/2021) |
| 01/14/2021 | 27 | NOTICE of Attorney Appearance - Pro Hac Vice by Johnathan R Carter on behalf of State of Arkansas. Filing fee $ 100, receipt number 0540-8197653. (Carter, Johnathan) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 01/14/2021) |
| 01/19/2021 | 28 | MOTION to Change Venue *Defendant Google, LLC's Motion to Transfer Venue Pursuant to 28 U.S.C. 1404(a) and Memorandum in Support* by Google, LLC. (Attachments: # 1 Affidavit, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Text of Proposed Order)(Yetter, R) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 01/19/2021) |
| 01/19/2021 | 29 | Unopposed MOTION for Leave to File *Google's Unopposed Motion for Leave to File Under Seal* by Google, LLC. (Attachments: # 1 Text of Proposed Order)(Yetter, R) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 01/19/2021) |
| 01/19/2021 | 30 | [SEALED] Exhibit A to Declaration of Andrew Rope in Support of Defendant Google LLC's Motion to Transfer Venue (Attachments: # 1 Exhibit A)(Yetter, R) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 01/19/2021) |
| 01/19/2021 | 31 | RESPONSE to Motion re 17 Emergency MOTION for Protective Order *Defendant Google LLC's Response to Plaintiffs' Motion for Interim Protective Order filed by* |

| | | |
|---|---|---|
| | | *Google, LLC.* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Text of Proposed Order) (Yetter, R) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 01/19/2021) |
| 01/19/2021 | 32 | CORPORATE DISCLOSURE STATEMENT filed by Google, LLC identifying Corporate Parent Alphabet, Inc., Other Affiliate XXVI Holdings, Inc. for Google, LLC. (Yetter, R) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 01/19/2021) |
| 01/20/2021 | 33 | ORDER - granting 29 Motion for Leave to File Under Seal. Signed by District Judge Sean D. Jordan on 1/20/2021. (baf, ) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 01/20/2021) |
| 01/21/2021 | 34 | RESPONSE in Support re 17 Emergency MOTION for Protective Order *Plaintiff's Reply in Support of Their Motion for Interim Protective Order filed by The State Of Texas*. (Attachments: # 1 Exhibit Exhibit 1 (Follow Up Meet and Confer Email Chain)(Keller, Ashley) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 01/21/2021) |
| 01/22/2021 | 35 | ORDER - GRANTING in part and DENYING in part 17 Emergency MOTION for Protective Order filed by State of Utah, State of Indiana, Commonwealth of Kentucky, The State Of Texas, State of South Dakota, State of Idaho, State of Mississippi, State of North Dakota, State of Arkansas, State of Missouri. It is ORDERED that a Preliminary Scheduling Conference will take place on 2/4/2021 at 10:00 AM in Ctrm 105 (Plano) before District Judge Sean D. Jordan. Signed by District Judge Sean D. Jordan on 1/22/2021. (baf, ) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 01/22/2021) |
| 01/22/2021 | 36 | INTERIM PROTECTIVE ORDER. Signed by District Judge Sean D. Jordan on 1/22/2021. (baf, ) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 01/22/2021) |
| 01/22/2021 | 37 | NOTICE of Attorney Appearance by Bryce L Callahan on behalf of Google, LLC (Callahan, Bryce) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 01/22/2021) |
| 01/22/2021 | 38 | NOTICE by The State Of Texas *Certificate of Service of unredacted Complaint* (Keller, Ashley) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 01/22/2021) |
| 01/25/2021 | 39 | NOTICE of Attorney Appearance - Pro Hac Vice by Eric Mahr on behalf of Google, LLC. Filing fee $ 100, receipt number 0540-8214814. (Mahr, Eric) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 01/25/2021) |
| 01/25/2021 | 40 | NOTICE of Attorney Appearance - Pro Hac Vice by Julie Elmer on behalf of Google, LLC. Filing fee $ 100, receipt number 0540-8214826. (Elmer, Julie) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 01/25/2021) |
| 01/25/2021 | 41 | NOTICE of Attorney Appearance - Pro Hac Vice by John D. Harkrider on behalf of Google, LLC. Filing fee $ 100, receipt number 0540-8214834. (Harkrider, John) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 01/25/2021) |
| 01/25/2021 | 42 | NOTICE of Attorney Appearance - Pro Hac Vice by Daniel S Bitton on behalf of Google, LLC. Filing fee $ 100, receipt number 0540-8214846. (Bitton, Daniel) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 01/25/2021) |
| 02/01/2021 | 43 | NOTICE of Attorney Appearance - Pro Hac Vice by Stephen M Hoeplinger on behalf of State of Missouri. Filing fee $ 100, receipt number 0540-8226281. (Hoeplinger, Stephen) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 02/01/2021) |
| 02/01/2021 | 44 | NOTICE of Attorney Appearance - Pro Hac Vice by Parrell D Grossman on behalf of State of North Dakota. Filing fee $ 100, receipt number 0540-8227701. (Grossman, Parrell) (Additional attachment(s) added on 2/2/2021: # 1 Attachment) (saenz, ). [Transferred from Texas Eastern on 8/13/2021.] (Entered: 02/01/2021) |

| 02/02/2021 | 45 | Unopposed MOTION for Leave to File *Under Seal* by The State Of Texas. (Attachments: # 1 Text of Proposed Order Proposed Order - Motion to File Under Seal)(Keller, Ashley) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 02/02/2021) |
|---|---|---|
| 02/02/2021 | 46 | RESPONSE in Opposition re 28 MOTION to Change Venue *Defendant Google, LLC's Motion to Transfer Venue Pursuant to 28 U.S.C. 1404(a) and Memorandum in Support filed by The State Of Texas*. (Attachments: # 1 Exhibit Ex A (Dec. of Eric Peterson), # 2 Exhibit Ex A-1 (List of Publishers and Advertisers), # 3 Exhibit Ex B (Dec. of Brooke Smith), # 4 Exhibit Ex B-1 (Class Order on Motion to Stay), # 5 Exhibit Ex B-2 (Class Motion to Dismiss), # 6 Exhibit Ex B-3 (Under Seal), # 7 Exhibit Ex B-4 (Under Seal), # 8 Exhibit Ex B-5 (Under Seal), # 9 Exhibit Ex B-6 (Under Seal), # 10 Exhibit Ex B-7 (Under Seal), # 11 Exhibit Ex B-8 (Under Seal), # 12 Exhibit Ex B-9 (Under Seal), # 13 Exhibit Ex B-10 (Under Seal), # 14 Exhibit Ex B-11 (Under Seal), # 15 Exhibit Ex B-12 (Under Seal), # 16 Exhibit Ex B-13 (Under Seal), # 17 Exhibit Ex C (News Media Alliance, Dec. Danielle Coffey), # 18 Exhibit Ex D (Digital Content Next, Dec. Jason Kint), # 19 Exhibit Ex E (News Media Association, Dec. David Newell), # 20 Text of Proposed Order Proposed Order Denying Motion to Transfer)(Keller, Ashley) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 02/02/2021) |
| 02/02/2021 | 47 | SEALED ADDITIONAL ATTACHMENTS to Main Document: 46 Response in Opposition to Motion,,,,,. (Attachments: # 1 Exhibit Ex B-3 (Under Seal), # 2 Exhibit Ex B-4 (Under Seal), # 3 Exhibit Ex B-5 (Under Seal), # 4 Exhibit Ex B-6 (Under Seal), # 5 Exhibit Ex B-7 (Under Seal), # 6 Exhibit Ex B-8 (Under Seal), # 7 Exhibit Ex B-9 (Under Seal), # 8 Exhibit Ex B-10 (Under Seal), # 9 Exhibit Ex B-11 (Under Seal), # 10 Exhibit Ex B-12 (Under Seal), # 11 Exhibit Ex B-13 (Under Seal))(Keller, Ashley) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 02/02/2021) |
| 02/03/2021 | 48 | ORDER - granting 45 Motion for Leave to File Under Seal. It is therefore ORDERED that Plaintiffs' Exhibits B-3 through B-13, (Dkt. 47), to the Declaration of Brooke Smith in support of Plaintiffs' Response in Opposition to Google's Motion to Transfer Venue shall remain SEALED. Signed by District Judge Sean D. Jordan on 2/3/2021. (baf, ) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 02/03/2021) |
| 02/03/2021 | | NOTICE: The public may access an audio-only feed of the Preliminary Scheduling Conference set for Thursday, February 4, 2021, at 10:00 a.m. by dialing (877) 336-1839 (Access Code: 6161094). (ldm) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 02/03/2021) |
| 02/04/2021 | 49 | Minute Entry for proceedings held before District Judge Sean D. Jordan: Preliminary Scheduling Conference held on 2/4/2021. (Court Reporter Gayle Wear.) (bss, ) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 02/04/2021) |
| 02/04/2021 | 50 | PAPER TRANSCRIPT REQUEST by Google, LLC for proceedings held on February 4, 2021 Preliminary Scheduling Conference before Judge Sean D. Jordan. (Yetter, R) (Forwarded to Gayle Wear on 2/4/2021) (ljw, ). [Transferred from Texas Eastern on 8/13/2021.] (Entered: 02/04/2021) |
| 02/05/2021 | 51 | Unopposed MOTION for Leave to File *Under Seal* by The State Of Texas. (Attachments: # 1 Text of Proposed Order Proposed Order - Motion to File Under Seal)(Keller, Ashley) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 02/05/2021) |
| 02/05/2021 | 52 | SEALED ADDITIONAL ATTACHMENTS to Main Document: 51 Unopposed MOTION for Leave to File *Under Seal*. (Attachments: # 1 Plaintiffs Response In Opposition to Googles Motion to Transfer Venue, # 2 Ex B Declaration of Brooke Smith) (Keller, Ashley) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 02/05/2021) |

| 02/08/2021 | 53 | SEALED RESPONSE to Motion re 51 Unopposed MOTION for Leave to File *Under Seal* filed by The State Of Texas. (Keller, Ashley) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 02/08/2021) |
|---|---|---|
| 02/08/2021 | 54 | Sealed Document. (Keller, Ashley) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 02/08/2021) |
| 02/08/2021 | 55 | ORDER - granting 51 Motion for Leave to File Under Seal. It is therefore ORDERED that the unredacted versions of Plaintiffs' Response in Opposition to Defendant Google LLC's Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404 (a) and the Declaration of Brooke Smith in support thereof, (Dkt. 52 ), are deemed proper as filed and are to remain under seal. Signed by District Judge Sean D. Jordan on 2/8/2021. (baf, ) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 02/08/2021) |
| 02/08/2021 | 56 | NOTICE of Attorney Appearance - Pro Hac Vice by Brooke Clason Smith on behalf of The State Of Texas. Filing fee $ 100, receipt number 0540-8239386. (Smith, Brooke) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 02/08/2021) |
| 02/08/2021 | 57 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Preliminary Scheduling Conference Proceedings held on February 4, 2021, before Judge Sean D. Jordan. Court Reporter: Gayle Wear, RPR, CRR; Telephone number: 214-872-4867.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Motion to Redact due 3/1/2021. Release of Transcript Restriction set for 5/9/2021. (gwear, ) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 02/08/2021) |
| 02/08/2021 | 58 | PAPER TRANSCRIPT REQUEST by The State Of Texas for proceedings held on 2/4/2021 Preliminary Scheduling Conference before Judge Sean D. Jordan. (DeRose, Zeke)(Forwarded to Gayle Wear on 2/9/2021) (ljw, ). [Transferred from Texas Eastern on 8/13/2021.] (Entered: 02/08/2021) |
| 02/09/2021 | 59 | NOTICE of Hearing on Motion 28 MOTION to Change Venue: *Defendant Google, LLC's Motion to Transfer Venue Pursuant to 28 U.S.C. 1404(a) and Memorandum in Support* is set for hearing on Friday, 3/5/2021, at 10:00 a.m. in Ctrm 105 (Plano) before District Judge Sean D. Jordan. (ldm) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 02/09/2021) |
| 02/09/2021 | 60 | NOTICE: The public may access an audio-only feed of the hearing on Defendant Google, LLC.'s Motion to Transfer Venue 28 set for Friday, 3/5/2021, at 10:00 a.m. by dialing (877) 336-1839 (Access Code: 6161094). Proceedings may not be recorded or otherwise broadcast for public dissemination.(ldm) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 02/09/2021) |
| 02/09/2021 | 61 | RESPONSE in Support re 28 MOTION to Change Venue *Defendant Google, LLC's Motion to Transfer Venue Pursuant to 28 U.S.C. 1404(a) and Memorandum in Support Reply in Support of Defendant Google LLC's Motion to Transfer Venue Pursuant to 28 U.S.C 1404(a) filed by Google, LLC*. (Attachments: # 1 Exhibit A, # 2 Exhibit A1, # 3 Exhibit A2, # 4 Exhibit B, # 5 Exhibit B1, # 6 Exhibit B2, # 7 Exhibit B3, # 8 Exhibit B4, # 9 Exhibit B5, # 10 Exhibit B6, # 11 Exhibit B7, # 12 Exhibit B8, # 13 Exhibit B9, # 14 |

| | | |
|---|---|---|
| | | Exhibit B10, # 15 Exhibit B11, # 16 Exhibit B12, # 17 Exhibit C)(Yetter, R) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 02/09/2021) |
| 02/09/2021 | 62 | Unopposed MOTION for Leave to File *Defendant Google LLC's Unopposed Motion for Leave to File Under Seal* by Google, LLC. (Attachments: # 1 Text of Proposed Order) (Yetter, R) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 02/09/2021) |
| 02/09/2021 | 63 | Sealed Second Declaration of A. Rope, Declaration of B. Callahan and Exhibits B1 and B2 SEALED ADDITIONAL ATTACHMENTS to Main Document: 61 Response in Support of Motion,,. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit B1, # 4 Exhibit B2)(Yetter, R) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 02/09/2021) |
| 02/10/2021 | 64 | NOTICE of Attorney Appearance - Pro Hac Vice by John K Olson on behalf of State of Idaho. Filing fee $ 100, receipt number 0540-8242759. (Olson, John) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 02/10/2021) |
| 02/10/2021 | 65 | ORDER granting 62 Unopposed MOTION for Leave to File Defendant Google LLC's Unopposed Motion for Leave to File Under Seal. Signed by District Judge Sean D. Jordan on 2/10/2021. (ch, ) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 02/10/2021) |
| 02/16/2021 | 66 | SUR-REPLY to Reply to Response to Motion re 28 MOTION to Change Venue *Defendant Google, LLC's Motion to Transfer Venue Pursuant to 28 U.S.C. 1404(a) and Memorandum in Support* filed by The State Of Texas. (Keller, Ashley) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 02/16/2021) |
| 02/22/2021 | 67 | *Defendant Google LLC's Answer and Affirmative Defenses to Plaintiffs' Complaint* ANSWER to 1 Complaint, by Google, LLC.(Yetter, R) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 02/22/2021) |
| 02/22/2021 | 68 | Unopposed MOTION to Seal Document *Defendant Google LLC's Unopposed Motion for Leave to File Under Seal* by Google, LLC. (Attachments: # 1 Text of Proposed Order) (Yetter, R) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 02/22/2021) |
| 02/22/2021 | 69 | [SEALED] Defendant Google LLC's Answer and Affirmative Defenses to Plaintiffs' ComplaintSealed Document. (Attachments: # 1 Sealed Answer)(Yetter, R) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 02/22/2021) |
| 02/23/2021 | | In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non-jury trial and to order the entry of a final judgment. The form Consent to Proceed Before Magistrate Judge is available on our website. All signed consent forms, excluding pro se parties, should be filed electronically using the event *Notice Regarding Consent to Proceed Before Magistrate Judge.* (baf, ) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 02/23/2021) |
| 02/23/2021 | 70 | ORDER - granting 68 Motion for Leave to File Under Seal the Unredacted Copy of Its Answer. Signed by District Judge Sean D. Jordan on 2/23/2021. (baf, ) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 02/23/2021) |
| 03/01/2021 | 71 | NOTICE: Defendant Google, LLC's Motion to Transfer Venue Pursuant to 28 U.S.C. 1404(a) and Memorandum in Support 28 is RESET for hearing on Thursday, March 18, 2021, at 10:30 a.m. in Ctrm 105 (Plano) before District Judge Sean D. Jordan. (ldm) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 03/01/2021) |
| 03/01/2021 | 72 | NOTICE: The public may access an audio-only feed of the hearing on Defendant Google, LLC.'s Motion to Transfer Venue 28 set for Thursday, 3/18/2021, at 10:30 a.m. by dialing (877) 336-1839 (Access Code: 6161094). Proceedings may not be recorded or otherwise |

| | | |
|---|---|---|
| | | broadcast for public dissemination. (Entered: 02/09/2021). (ldm) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 03/01/2021) |
| 03/10/2021 | 73 | NOTICE of Attorney Appearance - Pro Hac Vice by Matthew Levinton on behalf of The State Of Texas. Filing fee $ 100, receipt number 0540-8288468. (Levinton, Matthew) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 03/10/2021) |
| 03/11/2021 | 74 | ORDER. The Court hereby ORDERS the parties to file a Joint Advisory, by no later than March 17, 2021, that states each party's position as to whether any case specific adjustments should be made to the OGP's substantive requirements and/or the anticipated schedule and deadlines described herein. Signed by District Judge Sean D. Jordan on 3/11/2021. (mcg, ) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 03/11/2021) |
| 03/15/2021 | 75 | MOTION to Seal *Plaintiffs' Unopposed Motion For Leave to File Under Seal - (Unredacted Amended Complaint)* by Commonwealth of Kentucky, State of South Dakota, State of Arkansas, State of Idaho, State of Indiana, State of Mississippi, State of Missouri, State of North Dakota, State of Utah, The State Of Texas, State of Alaska, State of Florida, State of Nevada, Commonwealth of Puerto Rico, State of Montana. (Attachments: # 1 Text of Proposed Order Proposed Order - Motion to File Under Seal) (Keller, Ashley) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 03/15/2021) |
| 03/15/2021 | 76 | Sealed Document. (Attachments: # 1 Unredacted Amended Complaint)(Keller, Ashley) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 03/15/2021) |
| 03/15/2021 | 77 | AMENDED COMPLAINT *(REDACTED)* against All Defendants, filed by State of Mississippi, State of Montana, State of Idaho, State of Missouri, State of Florida, State of South Dakota, State of Nevada, State of Arkansas, State of North Dakota, The State Of Texas, State of Indiana, State of Utah, State of Alaska, Commonwealth of Puerto Rico, Commonwealth of Kentucky.(Keller, Ashley) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 03/15/2021) |
| 03/16/2021 | 78 | ORDER - granting 75 Motion for Leave to File Under Seal. Signed by District Judge Sean D. Jordan on 3/16/2021. (baf, ) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 03/16/2021) |
| 03/17/2021 | 79 | NOTICE of Attorney Appearance by R Floyd Walker on behalf of The State Of Texas (Walker, R) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 03/17/2021) |
| 03/17/2021 | 80 | Submission of Proposed Agreed Discovery order by Google, LLC *Joint Advisory Regarding the OGP*. (Yetter, R) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 03/17/2021) |
| 03/17/2021 | 81 | NOTICE of Attorney Appearance - Pro Hac Vice by Lucas J Tucker on behalf of State of Nevada. Filing fee $ 100, receipt number 0540-8303340. (Tucker, Lucas) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 03/17/2021) |
| 03/17/2021 | 82 | NOTICE of Attorney Appearance - Pro Hac Vice by Michelle C Newman on behalf of State of Nevada. Filing fee $ 100, receipt number 0540-8303353. (Newman, Michelle) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 03/17/2021) |
| 03/18/2021 | 83 | STATUS REPORT *Joint Status Report Regarding Protective Order* by Google, LLC. (Attachments: # 1 Exhibit Joint Exhibit 1, # 2 Exhibit Joint Exhibit 2, # 3 Exhibit Google Exhibit A, # 4 Exhibit Google Exhibit B)(Yetter, R) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 03/18/2021) |
| 03/18/2021 | 84 | NOTICE of Attorney Appearance - Pro Hac Vice by Marie W.L. Martin on behalf of State of Nevada. Filing fee $ 100, receipt number 0540-8304613. (Martin, Marie) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 03/18/2021) |

| 03/18/2021 | 85 | NOTICE of Attorney Appearance - Pro Hac Vice by Mark Mattioli on behalf of State of Montana. Filing fee $ 100, receipt number 0540-8305348. (Mattioli, Mark) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 03/18/2021) |
|---|---|---|
| 03/18/2021 | 86 | PAPER TRANSCRIPT REQUEST by Google, LLC for proceedings held on March 18, 2021 Hearing on Motion to Change Venue before Judge Judge Sean D. Jordan. (Yetter, R) (Forwarded to Gayle Wear on 3/18/2021) (ljw, ). [Transferred from Texas Eastern on 8/13/2021.] (Entered: 03/18/2021) |
| 03/18/2021 | 87 | ELECTRONIC Minute Entry for proceedings held before District Judge Sean D. Jordan: Motion Hearing held on 3/18/2021 Re: 28 Defendant Google, LLC's Motion to Transfer Venue Pursuant to 28 U.S.C. 1404(a) and Memorandum in Support filed by Google, LLC. Motion taken under advisement. (Court Reporter Gayle Wear. 10:35-1:18) (Counsel appearance list attached.) (ldm) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 03/18/2021) |
| 03/22/2021 | 88 | ORDER GOVERNING PROCEEDINGS. Rule 26(f) attorney conference on or before: April 5, 2021. Complete initial mandatory disclosures required by this Order: April 23, 2021. File joint report of attorney conference: April 27, 2021. This should follow initial mandatory disclosures, so a realistic proposal regarding depositions and other discovery can be included. The case is SET for a Rule 16 management conference on Thursday, May 3, 2021, at 10:00 a.m. at the United States Courthouse, 7940 Preston Road, Plano, Texas 75024. Signed by District Judge Sean D. Jordan on 3/22/2021. (kls, ) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 03/22/2021) |
| 03/22/2021 | 89 | **\*\*\*PLEASE DISREGARD - FILED IN ERROR - DOCUMENT IS NOT IN PLEADING FORM\*\*\*** <br><br> NOTICE by The State Of Texas *Letter to R. Paul Letter re. Investigative Materials and Third-Party Documents (Court copy)* (DeRose, Zeke) Modified on 3/23/2021 (baf, ). [Transferred from Texas Eastern on 8/13/2021.] (Entered: 03/22/2021) |
| 03/23/2021 | 90 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Motion to Transfer Venue Proceedings held on March 18, 2021, before Judge Sean D. Jordan. Court Reporter: Gayle Wear, RPR, CRR; Telephone number: 214.872.4867. <br><br> **NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov** <br><br> Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Motion to Redact due 4/13/2021. Release of Transcript Restriction set for 6/21/2021. (gwear, ) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 03/23/2021) |
| 03/23/2021 | 91 | PAPER TRANSCRIPT REQUEST by The State Of Texas for proceedings held on 03/18/2021 - Mtn to Change Venue before Judge Hon. Sean Jordan. (DeRose, Zeke) (Forwarded to Gayle Wear on 3/25/2021) (ljw, ). [Transferred from Texas Eastern on 8/13/2021.] (Entered: 03/23/2021) |
| 03/23/2021 | | **\*\*\*FILED IN ERROR BY ATTORNEY - LETTERS ARE NOT FILED OF RECORD IN THIS COURT - ALL DOCUMENTS SUBMITTED FOR FILING SHOULD BE IN PLEADING FORM. Document # 89, NOTICE. PLEASE IGNORE.\*\*\*** |

| | | (baf, ) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 03/23/2021) |
|---|---|---|
| 03/23/2021 | 92 | AMENDED ORDER GOVERNING PROCEEDINGS. The case is SET for a Rule 16 management conference on Monday, 5/3/2021 at 10:00 AM in Ctrm 105 (Plano) before District Judge Sean D. Jordan. Rule 26 Meeting Joint Report due by 4/27/2021. Signed by District Judge Sean D. Jordan on 3/23/2021. (baf, ) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 03/23/2021) |
| 03/25/2021 | 93 | STIPULATION re 77 Amended Complaint, *Stipulation Regarding Defendant's Deadline to Respond to Amended Complaint* by Google, LLC. (Yetter, R) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 03/25/2021) |
| 03/25/2021 | 94 | NOTICE of Attorney Appearance - Pro Hac Vice by Philip R Heleringer on behalf of Commonwealth of Kentucky. Filing fee $ 100, receipt number 0540-8319430. (Heleringer, Philip) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 03/25/2021) |
| 03/26/2021 | 95 | NOTICE of Attorney Appearance - Pro Hac Vice by Chuck Munson on behalf of State of Montana. Filing fee $ 100, receipt number 0540-8322925. (Munson, Chuck) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 03/26/2021) |
| 04/06/2021 | 96 | *Defendant Google LLC's Answer and Affirmative Defenses to Plaintiffs' Amended Complaint* ANSWER to 77 Amended Complaint, by Google, LLC.(Yetter, R) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 04/06/2021) |
| 04/06/2021 | 97 | Unopposed MOTION to Seal Document 96 Answer to Amended Complaint *Defendant Google LLC's Unopposed Motion for Leave to File Under Seal* by Google, LLC. (Attachments: # 1 Text of Proposed Order)(Yetter, R) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 04/06/2021) |
| 04/06/2021 | 98 | Sealed Answer of Defendant Google LLCSealed Document. (Attachments: # 1 Supplement)(Yetter, R) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 04/06/2021) |
| 04/07/2021 | | In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non-jury trial and to order the entry of a final judgment. The form Consent to Proceed Before Magistrate Judge is available on our website. All signed consent forms, excluding pro se parties, should be filed electronically using the event *Notice Regarding Consent to Proceed Before Magistrate Judge*. (baf, ) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 04/07/2021) |
| 04/07/2021 | 99 | ORDER granting 97 Motion for Leave to File Under Seal an Unredacted Version of Its Answer to the Amended Complaint. Signed by District Judge Sean D. Jordan on 4/7/2021. (baf, ) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 04/07/2021) |
| 04/09/2021 | 100 | NOTICE of Attorney Appearance - Pro Hac Vice by Lee Istrail on behalf of State of Florida. Filing fee $ 100, receipt number 0540-8348206. (Istrail, Lee) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 04/09/2021) |
| 04/14/2021 | 101 | PROTECTIVE ORDER. Signed by District Judge Sean D. Jordan on 4/14/2021. (baf, ) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 04/14/2021) |
| 04/16/2021 | 102 | NOTICE: The public may access an audio-only feed of the Rule 16 Management Conference set for Monday, May 3, 2021, at 10:00 a.m. by dialing (877) 336-1839 (Access Code: 6161094). Proceedings may not be recorded or otherwise broadcast for |

| | | public dissemination. (ldm) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 04/16/2021) |
|---|---|---|
| 04/19/2021 | [103](#) | NOTICE of Attorney Appearance - Pro Hac Vice by Stephen Yelderman on behalf of The State Of Texas. Filing fee $ 100, receipt number 0540-8365769. (Yelderman, Stephen) (Additional attachment(s) added on 4/20/2021: # [1](#) Sealed Attachment) (nkl, ). [Transferred from Texas Eastern on 8/13/2021.] (Entered: 04/19/2021) |
| 04/20/2021 | [104](#) | NOTICE of Attorney Appearance - Pro Hac Vice by Jason Allen Zweig on behalf of The State Of Texas. Filing fee $ 100, receipt number 0540-8367760. (Zweig, Jason) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 04/20/2021) |
| 04/22/2021 | [105](#) | NOTICE of Attorney Appearance - Pro Hac Vice by Jeffery G Pickett on behalf of State of Alaska. Filing fee $ 100, receipt number 0540-8373629. (Pickett, Jeffery) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 04/22/2021) |
| 04/23/2021 | [106](#) | NOTICE by Google, LLC *Defendant Google LLC's Notice of Initial Disclosures* (Yetter, R) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 04/23/2021) |
| 04/23/2021 | [107](#) | NOTICE of Discovery Disclosure by Commonwealth of Kentucky, Commonwealth of Puerto Rico, State of South Dakota, State of Alaska, State of Arkansas, State of Florida, State of Idaho, State of Indiana, State of Mississippi, State of Missouri, State of Montana, State of Nevada, State of North Dakota, State of Utah, The State Of Texas (Lanier, W) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 04/23/2021) |
| 04/27/2021 | [108](#) | REPORT of Rule 26(f) Planning Meeting. (Yetter, R) (Additional attachment(s) added on 4/28/2021: # [1](#) Text of Proposed Order) (baf, ). [Transferred from Texas Eastern on 8/13/2021.] (Entered: 04/27/2021) |
| 04/28/2021 | 109 | NOTICE: The Rule 16 Management Conference currently set for May 3, 2021, is reset for Thursday, May 6, 2021, at 10:00 a.m. (ldm) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 04/28/2021) |
| 04/28/2021 | 110 | NOTICE: The public may access an audio-only feed of the Rule 16 Management Conference set for Thursday, May 6, 2021, at 10:00 a.m. by dialing (877) 336-1839 (Access Code: 6161094). Proceedings may not be recorded or otherwise broadcast for public dissemination. (ldm) (Entered: 04/16/2021) (ldm) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 04/28/2021) |
| 04/28/2021 | [111](#) | NOTICE of Attorney Appearance - Pro Hac Vice by Charles J Cooper on behalf of State of Montana. Filing fee $ 100, receipt number 0540-8385741. (Cooper, Charles) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 04/28/2021) |
| 04/28/2021 | [112](#) | NOTICE of Attorney Appearance - Pro Hac Vice by Brian W Barnes on behalf of State of Montana. Filing fee $ 100, receipt number 0540-8385757. (Barnes, Brian) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 04/28/2021) |
| 04/28/2021 | [113](#) | NOTICE of Attorney Appearance - Pro Hac Vice by Harold S Reeves on behalf of State of Montana. Filing fee $ 100, receipt number 0540-8385761. (Reeves, Harold) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 04/28/2021) |
| 04/29/2021 | | Set/Reset Hearings: Scheduling Conference reset for 5/6/2021 at 10:00 a.m. in Ctrm 105 (Plano) before District Judge Sean D. Jordan. (ldm) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 04/29/2021) |
| 04/30/2021 | [114](#) | NOTICE by Google, LLC *Notice by Defendant Google LLC Regarding Multidistrict Litigation* (Yetter, R) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 04/30/2021) |

| 05/03/2021 | [115](#) | NOTICE of Attorney Appearance - Pro Hac Vice by David H Thompson on behalf of State of Montana. Filing fee $ 100, receipt number 0540-8392012. (Thompson, David) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 05/03/2021) |
|---|---|---|
| 05/06/2021 | [116](#) | PAPER TRANSCRIPT REQUEST by Google, LLC for proceedings held on May 6, 2021 Rule 16 Management Conference before Judge Sean D. Jordan. (Yetter, R) (Forwarded to Gayle Wear on 5/6/2021) (ljw, ). [Transferred from Texas Eastern on 8/13/2021.] (Entered: 05/06/2021) |
| 05/06/2021 | [117](#) | PAPER TRANSCRIPT REQUEST by The State Of Texas for proceedings held on May 6, 2021 Rule 16 Management Conference before Judge Sean D. Jordan. (Smith, Brooke) (Forwarded to Gayle Wear on 5/6/2021)(ljw, ). [Transferred from Texas Eastern on 8/13/2021.] (Entered: 05/06/2021) |
| 05/06/2021 | 118 | ELECTRONIC Minute Entry for proceedings held before District Judge Sean D. Jordan: Scheduling Conference held on 5/6/2021. (Court Reporter Gayle Wear.) (Mark Lanier, Zeke DeRose, Roger Alford, David Ashton, and James Lloyd for Plaintiffs; Paul Yetter and Eric Mahr for Defendant.) (Time in Court 10:03-11:15.) (ldm) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 05/06/2021) |
| 05/07/2021 | [119](#) | STATUS REPORT *Joint Report Regarding Changes to Discovery Limitations* by Google, LLC. (Yetter, R) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 05/07/2021) |
| 05/17/2021 | [120](#) | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Rule 16 Management Conference Proceedings held on May 6, 2021, before Judge Sean D. Jordan. Court Reporter: Gayle Wear, Telephone number: 214-872-4867.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Motion to Redact due 6/7/2021. Release of Transcript Restriction set for 8/15/2021. (gwear, ) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 05/17/2021) |
| 05/20/2021 | [121](#) | ORDER Denying [28](#) Motion to Change Venue. Signed by District Judge Sean D. Jordan on 5/20/2021. (ldm) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 05/20/2021) |
| 05/20/2021 | [122](#) | MEMORANDUM OPINION AND ORDER re; denying [28](#) MOTION to Change Venue *Defendant Google, LLC's Motion to Transfer Venue Pursuant to 28 U.S.C. 1404 (a) and Memorandum in Support* filed by Google, LLC. Signed by District Judge Sean D. Jordan on 5/20/2021. **Note: Redocketed for statistical purposes.**<br><br>(kls, ) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 05/21/2021) |
| 05/21/2021 | [123](#) | SCHEDULING ORDER: Final Pretrial Conference set for 6/1/2023 and 6/2/2023 at 9:00 AM in Ctrm 105 (Plano) before District Judge Sean D. Jordan. Jury Selection and Trial (or bench trial) set for 6/5/2023 at 10:00 AM in Ctrm 105 (Plano) before District Judge Sean D. Jordan. Signed by District Judge Sean D. Jordan on 5/21/2021. (kls, ) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 05/21/2021) |

| 05/25/2021 | 124 | NOTICE of Attorney Appearance - Pro Hac Vice by Thaizza M Rodriguez on behalf of Commonwealth of Puerto Rico. Filing fee $ 100, receipt number 0540-8425948. (Rodriguez, Thaizza) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 05/25/2021) |
|---|---|---|
| 06/17/2021 | 125 | NOTICE of Attorney Appearance - Pro Hac Vice by James R Dugan, II on behalf of The State Of Louisiana. Filing fee $ 100, receipt number 0540-8460811. (Dugan, James) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 06/17/2021) |
| 06/17/2021 | 126 | MOTION to Intervene by State of Louisiana. (Attachments: # 1 Memo in Support, # 2 Text of Proposed Order)(Dugan, James) (Attachment 2 replaced on 6/21/2021) (baf, ). [Transferred from Texas Eastern on 8/13/2021.] (Entered: 06/17/2021) |
| 06/29/2021 | 127 | NOTICE of Attorney Appearance - Pro Hac Vice by Rebecca M Hartner on behalf of State of South Carolina. Filing fee $ 100, receipt number 0540-8475433. (Hartner, Rebecca) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 06/29/2021) |
| 06/29/2021 | 128 | MOTION to Intervene by State of South Carolina. # 1 Memorandum in Support, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Text of Proposed Order) (Hartner, Rebecca) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 06/29/2021) |
| 07/09/2021 | 129 | MOTION to Withdraw as Attorney by State of Montana. (Attachments: # 1 Text of Proposed Order Proposed Order)(Munson, Chuck) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 07/09/2021) |
| 07/12/2021 | 130 | ORDER granting 129 Unopposed Motion to Withdraw as Attorney. ORDERED that Plaintiff State of Montana's Unopposed Motion for Withdrawal of Counsel, (Dkt. #129), is GRANTED. Chuck Munson is withdrawn as counsel for Plaintiff State of Montana. Signed by District Judge Sean D. Jordan on 7/12/2021. (kls, ) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 07/12/2021) |
| 07/13/2021 | 131 | RESPONSE to Motion re 128 MOTION to Intervene *Response by Defendant Google LLC to the Motion to Intervene by the State of South Carolina filed by Google, LLC*. (Attachments: # 1 Text of Proposed Order)(Yetter, R) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 07/13/2021) |
| 07/20/2021 | 132 | REPLY to Response to Motion re 128 MOTION to Intervene *filed by State of South Carolina*. (Hartner, Rebecca) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 07/20/2021) |
| 07/23/2021 | 133 | ORDER. It is therefore ORDERED that, on or before August 6, 2021, the State of Louisiana and the State of South Carolina must supplement their motions to intervene with a complaint that sets out the claim or claims for which intervention is sought. The complaint may take the form of an amended complaint filed with the other Plaintiff States. Signed by District Judge Sean D. Jordan on 7/23/2021. (baf, ) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 07/23/2021) |
| 07/28/2021 | 134 | Unopposed MOTION to Withdraw as Attorney *Kim Van Winkle* by The State Of Texas. (Attachments: # 1 Text of Proposed Order)(Grimmer, Nicholas) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 07/28/2021) |
| 07/29/2021 | 135 | ORDER - granting 134 Motion to Withdraw as Attorney. Attorney Kim Van Winkle terminated. Signed by District Judge Sean D. Jordan on 7/29/2021. (baf, ) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 07/29/2021) |
| 08/04/2021 | 136 | MOTION for Leave to File *Second Amended Complaint* by Commonwealth of Kentucky, Commonwealth of Puerto Rico, State of South Dakota, State of Alaska, State of Arkansas, State of Florida, State of Idaho, State of Indiana, State of Mississippi, State of |

| | | |
|---|---|---|
| | | Missouri, State of Montana, State of Nevada, State of North Dakota, State of Utah, The State Of Texas. (Attachments: # 1 Text of Proposed Order)(DeRose, Zeke) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 08/04/2021) |
| 08/04/2021 | 137 | Sealed Document. (DeRose, Zeke) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 08/04/2021) |
| 08/04/2021 | 138 | AMENDED COMPLAINT - *SECOND* - against Google, LLC, filed by State of Missouri, State of Florida, State of Arkansas, The State Of Texas, State of Alaska, State of Mississippi, State of Montana, State of Idaho, State of South Dakota, State of Nevada, State of North Dakota, State of Indiana, State of Utah, Commonwealth of Puerto Rico, Commonwealth of Kentucky.(DeRose, Zeke) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 08/04/2021) |
| 08/04/2021 | 139 | NOTICE by State of South Carolina re 133 Order, *Supplement to Motion to Intervene* (Hartner, Rebecca) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 08/04/2021) |
| 08/12/2021 | 140 | ORDER of the Judicial Panel on Multidistrict Litigation directing transfer of this case to the Southern District of New York and, with the consent of that court, assigned to the Honorable P. Kevin Castel for coordinated or consolidated pretrial proceedings. It is further ORDERED that MDL No. 3010 is renamed In re: Google Digital Advertising Antitrust Litigation. (baf, ) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 08/12/2021) |
| 08/12/2021 | | Interdistrict transfer to the SOUTHERN District of NEW YORK. MDL 3010. (baf, ) [Transferred from Texas Eastern on 8/13/2021.] (Entered: 08/12/2021) |
| 08/13/2021 | 141 | MDL TRANSFERRED IN from the United States District Court - District of Texas Eastern; Case Number: 4:20-cv-00957. Original file certified copy of transfer order and docket entries received. (sjo) (Entered: 08/13/2021) |
| 08/13/2021 | | CASE ACCEPTED AS RELATED. Create association to 1:21-md-03010-PKC. (sjo) (Entered: 08/13/2021) |
| 08/13/2021 | | CONSOLIDATED MDL CASE: Create association to 1:21-md-03010-PKC. (sjo) (Entered: 08/13/2021) |
| 08/13/2021 | | Case Designated ECF. (sjo) (Entered: 08/13/2021) |
| 08/13/2021 | | Magistrate Judge Sarah Netburn is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf. (sjo) (Entered: 08/13/2021) |
| 08/13/2021 | | NOTE TO OUT OF STATE ATTORNEYS: Please visit the Court's website at https://nysd.uscourts.gov/ for information regarding admission to the S.D.N.Y. Bar and the CM/ECF Rules & Filing Instructions. (sjo) (Entered: 08/13/2021) |
| 08/13/2021 | | CASE OPENING INITIAL ASSIGNMENT NOTICE - TRANSFER CASE: This case is assigned to: Judge P. Kevin Castel. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district-judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf-related-instructions. (sjo) (Entered: 08/13/2021) |
| 09/07/2021 | 142 | ORDER, Plaintiffs' motion for leave to file the Second Amended Complaint is granted. The Second Amended Complaint forthwith shall be filed in the redacted form submitted |

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                           |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |     | to this Court. 2. Defendants' time to answer or move with respect to the Second Amended Complaint is set as September 30, 2021. In lieu of filing an answer, defendants may file a pre-motion letter in accordance with the undersigned's Individual Practices setting forth in detail the grounds for any motion to dismiss. Defendants may propose a schedule on the proposed motion. 3. If defendants file a pre-motion letter, then by October 8, 2021 plaintiffs shall file a response stating unequivocally whether they wish to further amend the complaint, including for the purpose of winnowing or clarifying their claims. They may also respond to the proposed schedule. Let the parties show cause in writing by September 17, 2021 why the Second Amended Complaint ought not be publicly filed in unredacted form. See Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006). SO ORDERED. ( All Defendants.) (Signed by Judge P. Kevin Castel on 9/7/21) (yv) (Entered: 09/08/2021) |
| 09/17/2021 | 143 | MOTION for Leave to File Amici Curiae Letter Brief . Document filed by Reporters Committee for Freedom of the Press and 23 Media Organizations. (Attachments: # 1 Proposed Letter Brief of Amici Curiae)Filed In Associated Cases: 1:21-md-03010-PKC, 1:21-cv-06841-PKC.(Townsend, Katielynn) (Entered: 09/17/2021) |
| 09/17/2021 | 144 | MOTION to Seal Limited Items in the Second Amended Complaint. Document filed by Google LLC.Filed In Associated Cases: 1:21-md-03010-PKC, 1:21-cv-06841-PKC. (Mahr, Eric) (Entered: 09/17/2021) |
| 09/17/2021 | 145 | MEMORANDUM OF LAW in Support re: (144 in 1:21-cv-06841-PKC, 116 in 1:21-md-03010-PKC) MOTION to Seal Limited Items in the Second Amended Complaint. . Document filed by Google LLC. Filed In Associated Cases: 1:21-md-03010-PKC, 1:21-cv-06841-PKC.(Mahr, Eric) (Entered: 09/17/2021) |
| 09/17/2021 | 146 | ***SELECTED PARTIES***DECLARATION of Dan Taylor in Support re: (144 in 1:21-cv-06841-PKC, 116 in 1:21-md-03010-PKC) MOTION to Seal Limited Items in the Second Amended Complaint.. Document filed by Google LLC, Commonwealth of Kentucky, Commonwealth of Puerto Rico, State of Alaska, State of Arkansas, State of Florida, State of Idaho, State of Indiana, State of Louisiana, State of Mississippi, State of Missouri, State of Montana, State of Nevada, State of North Dakota, State of South Carolina, State of South Dakota, State of Utah, The State of Texas, Commonwealth of Puerto Rico, State of South Dakota, State of Alaska, State of Florida, State of North Dakota. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:21-md-03010-PKC, 1:21-cv-06841-PKCMotion or Order to File Under Seal: 116 .(Mahr, Eric) (Entered: 09/17/2021) |
| 09/17/2021 | 147 | DECLARATION of Dan Taylor in Support re: (144 in 1:21-cv-06841-PKC, 116 in 1:21-md-03010-PKC) MOTION to Seal Limited Items in the Second Amended Complaint.. Document filed by Google LLC. (Attachments: # 1 Exhibit A (under seal))Filed In Associated Cases: 1:21-md-03010-PKC, 1:21-cv-06841-PKC.(Mahr, Eric) (Entered: 09/17/2021) |
| 09/17/2021 | 148 | DECLARATION of Alok Verma in Support re: (144 in 1:21-cv-06841-PKC, 116 in 1:21-md-03010-PKC) MOTION to Seal Limited Items in the Second Amended Complaint.. Document filed by Google LLC. Filed In Associated Cases: 1:21-md-03010-PKC, 1:21-cv-06841-PKC.(Mahr, Eric) (Entered: 09/17/2021) |
| 09/17/2021 | 149 | PROPOSED ORDER. Document filed by Google LLC. Related Document Number: [116 (and 144 on 21-cv-6841)]..(Mahr, Eric) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 09/17/2021) |
| 09/20/2021 |     | ***NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 149 Proposed Order was reviewed and approved as to form. (km)** (Entered: 09/20/2021) |

| 09/20/2021 | [150](#) | ORDER: The conference scheduled for Friday, September 24, 2021 at 11:00 a.m. will be held in Courtroom 11D at 500 Pearl Street, New York, New York. Ceremonial Courtroom 9C is set as an overflow courtroom. Remote telephone information is provided below: Dial in: 1 888-363-4749; Access Code: 3667981. SO ORDERED., ( Status Conference set for 9/24/2021 at 11:00 AM in Courtroom 11D, 500 Pearl Street, New York, NY 10007 before Judge P. Kevin Castel.) (Signed by Judge P. Kevin Castel on 9/20/2021) Filed In Associated Cases: 1:21-md-03010-PKC et al. (ama) (Entered: 09/20/2021) |
|---|---|---|
| 09/23/2021 | [151](#) | **FILING ERROR - DEFICIENT DOCKET ENTRY** - MOTION for James R. Lloyd to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-25102480. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by The State of Texas. (Attachments: # [1](#) Exhibit Certificate of Good Standing, # [2](#) Exhibit Certificate of Good Standing (State Bar), # [3](#) Text of Proposed Order).(Lloyd, James) Modified on 9/24/2021 (bcu). (Entered: 09/23/2021) |
| 09/23/2021 | [152](#) | ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL: granting (125) Motion to Withdraw as Attorney. SO ORDERED. Attorney Kimberley Biagioli terminated in case 1:21-md-03010-PKC. (Signed by Judge P. Kevin Castel on 9/23/2021) Filed In Associated Cases: 1:21-md-03010-PKC, 1:21-cv-06841-PKC (ama) Modified on 9/23/2021 (ama). (Entered: 09/23/2021) |
| 09/24/2021 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE-FILE Document No. [151](#) MOTION for James R. Lloyd to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-25102480. Motion and supporting papers to be reviewed by Clerk's Office staff... the filing is deficient for the following reason(s): Attorney Affidavit/Declaration missing as per local rule 1.3;. Re-file the motion as a Motion to Appear Pro Hac Vice - attach the correct signed PDF - select the correct named filer/filers - attach valid Certificates of Good Standing issued within the past 30 days - attach Proposed Order.. (bcu)** (Entered: 09/24/2021) |
| 09/29/2021 | [153](#) | MOTION for David M. Ashton and R. Floyd Walker to Withdraw as Attorney . Document filed by The State of Texas.Filed In Associated Cases: 1:21-md-03010-PKC, 1:21-cv-06841-PKC.(Grimmer, Nicholas) (Entered: 09/29/2021) |
| 09/29/2021 | [154](#) | PROPOSED ORDER FOR WITHDRAWAL OF ATTORNEY. Document filed by The State of Texas. Related Document Number: [132](#) ..(Grimmer, Nicholas) (Entered: 09/29/2021) |
| 09/30/2021 | [155](#) | MEMO ENDORSEMENT on ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL: granting (132) Motion to Withdraw as Attorney ; granting (153) Motion to Withdraw as Attorney. ENDORSEMENT: SO ORDERED.. (Signed by Judge P. Kevin Castel on 9/30/2021) Attorney David M. Ashton terminated in case 1:21-md-03010-PKC; Attorney David M. Ashton terminated in case 1:21-cv-06841-PKCFiled In Associated Cases: 1:21-md-03010-PKC, 1:21-cv-06841-PKC . Attorney terminate CM/ECF notices as to David M. Ashton and R. Floyd Walker terminated (ama) Modified on 9/30/2021 (ama). (Entered: 09/30/2021) |
| 09/30/2021 | [156](#) | LETTER MOTION for Leave to File Motion to Dismiss addressed to Judge P. Kevin Castel from Eric Mahr and Justina K. Sessions dated September 30, 2021. Document filed by Google LLC.Filed In Associated Cases: 1:21-md-03010-PKC, 1:21-cv-06841-PKC.(Mahr, Eric) (Entered: 09/30/2021) |
| 10/12/2021 | [157](#) | TRANSCRIPT of Proceedings re: CONFERENCE held on 9/24/2021 before Judge P. Kevin Castel. Court Reporter/Transcriber: Carol Ganley, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that |

| | | |
|---|---|---|
| | | date it may be obtained through PACER. Redaction Request due 11/2/2021. Redacted Transcript Deadline set for 11/12/2021. Release of Transcript Restriction set for 1/10/2022.Filed In Associated Cases: 1:21-md-03010-PKC et al..(Moya, Goretti) (Entered: 10/12/2021) |
| 10/12/2021 | 158 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 9/24/21 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...Filed In Associated Cases: 1:21-md-03010-PKC et al..(Moya, Goretti) (Entered: 10/12/2021) |
| 10/13/2021 | 159 | ORDER: granting (136) Letter Motion for Leave to File Document in case 1:21-md-03010-PKC; granting (156) Letter Motion for Leave to File Document in case 1:21-cv-06841-PKC. Having heard both sides on the issue of scheduling, the Court sets the following schedule and page limits on amended pleadings and motions to dismiss: The Third Amended Complaint shall be filed by November 12, 2021. Google shall answer or move by January 21, 2022. The requirement of any further pre-motion letter is excused for any motion to dismiss. Pursuant to the Court's authority under Rule 16(b)(3)(A), Fed. R. Civ. P., the deadline for any further motion to amend the complaint by the state plaintiffs is February 14, 2022. State plaintiffs shall respond to any motion to dismiss by March 22, 2022. Google may reply by April 21, 2022. Google and the state plaintiffs may each submit a 40-page brief on their opening brief on any motion to dismiss and Google may submit up to a 20- page brief on any reply. The Clerk is directed to terminate the following letter-motion: 21 md 3010, Docket # 136; 21 cv 6841, Docket # 156. SO ORDERED. (Signed by Judge P. Kevin Castel on 10/13/2021) Filed In Associated Cases: 1:21-md-03010-PKC, 1:21-cv-06841-PKC (ama) (Entered: 10/13/2021) |
| 10/13/2021 | | Set/Reset Deadlines: Amended Pleadings due by 11/12/2021. Motions due by 2/14/2022. Responses due by 3/22/2022 Replies due by 4/21/2022. (ama) (Entered: 10/13/2021) |
| 10/15/2021 | 160 | ORDER: granting in part and denying in part (114) Letter Motion for Leave to File Document; granting in part and denying in part (116) Letter Motion to Seal in case 1:21-md-03010-PKC; granting in part and denying in part (143) Letter Motion for Leave to File Document; granting in part and denying in part (144) Letter Motion to Seal in case 1:21-cv-06841-PKC. Google's sealing motion is GRANTED as to paragraphs 123, 185, 192, 200, 205, 239 and 241 of the Second Amended Complaint. It is DENIED as to paragraphs 16, 40, 62, 63, 110, 126, 139, 155, 178, 179, 182, 218, 219, 222, 224, 225, 231, 232, 234, 240, 252 and 255. Plaintiffs are directed to publicly file a version of the Second Amended Complaint that conforms to this Order no later than October 22, 2021. The Clerk is directed to terminate Google's motion and the related letter-motion. (21 MD 3010, Docket # 114, 116; 21 Civ. 6841, Docket # 143, 144.) SO ORDERED.. (Signed by Judge P. Kevin Castel on 10/15/2021) Filed In Associated Cases: 1:21-md-03010-PKC, 1:21-cv-06841-PKC (ama) (Entered: 10/15/2021) |
| 10/15/2021 | | Terminate Transcript Deadlines (ama) (Entered: 10/15/2021) |
| 10/21/2021 | 161 | MEMO ENDORSEMENT: on re: (150 in 1:21-md-03010-PKC) Letter filed by Facebook Inc. ENDORSEMENT: Names, contact information, including email addresses of Facebook employees if any should be redacted before the Second Amended Complaint is publicly filed. SO ORDERED. (Signed by Judge P. Kevin Castel on 10/21/2021) Filed In Associated Cases: 1:21-md-03010-PKC, 1:21-cv-06841-PKC (ama) (Entered: 10/21/2021) |
| 10/22/2021 | 162 | **FILING ERROR - WRONG EVENT TYPE SELECTED FROM MENU -** REDACTION to (160 in 1:21-cv-06841-PKC, 160 in 1:21-cv-06841-PKC) Order on |

| | | |
|---|---|---|
| | | Motion for Leave to File Document,,,,, Order on Motion to Seal,,,, *Second Amended Complaint with Redactions per Court's Order [Dkt 160]* by Commonwealth of Kentucky, Commonwealth of Puerto Rico, State of Alaska, State of Arkansas, State of Florida, State of Idaho, State of Indiana, State of Louisiana, State of Mississippi, State of Missouri, State of Montana, State of Nevada, State of North Dakota, State of South Carolina, State of South Dakota, State of Utah, The State of Texas, Commonwealth of Puerto Rico, State of South Dakota, State of Alaska, State of Florida, State of North DakotaFiled In Associated Cases: 1:21-md-03010-PKC, 1:21-cv-06841-PKC.(Lanier, W.) Modified on 10/26/2021 (lb). (Entered: 10/22/2021) |
| 10/26/2021 | | ***NOTICE TO ATTORNEY TO RE-FILE DOCUMENT - EVENT TYPE ERROR. Notice to Attorney W. Mark Lanier to RE-FILE Document 162 Redacted Document,,,,. Use the event type Amended Complaint found under the event list Complaints and Other Initiating Documents. (lb)** (Entered: 10/26/2021) |
| 10/26/2021 | 163 | SECOND AMENDED COMPLAINT amending 138 Amended Complaint, against Google LLC with JURY DEMAND.Document filed by State of Missouri, State of Florida, State of Arkansas, The State of Texas, State of Alaska, State of Louisiana, State of Mississippi, State of Montana, State of Idaho, State of South Dakota, State of Nevada, State of North Dakota, State of Indiana, State of South Carolina, State of Utah, Commonwealth of Puerto Rico, Commonwealth of Kentucky. Related document: 138 Amended Complaint,..(Lanier, W.) (Entered: 10/26/2021) |
| 11/12/2021 | 164 | MOTION to Seal *Third Amended Complaint.* Document filed by Commonwealth of Kentucky, Commonwealth of Puerto Rico, State of Alaska, State of Arkansas, State of Florida, State of Idaho, State of Indiana, State of Louisiana, State of Mississippi, State of Missouri, State of Montana, State of Nevada, State of North Dakota, State of South Carolina, State of South Dakota, State of Utah, The State of Texas, Commonwealth of Puerto Rico, State of South Dakota, State of Alaska, State of Florida, State of North Dakota. (Attachments: # 1 Exhibit A - to be Filed Under Seal, # 2 Text of Proposed Order)Filed In Associated Cases: 1:21-md-03010-PKC, 1:21-cv-06841-PKC.(Lanier, W.) (Entered: 11/12/2021) |
| 11/12/2021 | 165 | ***SELECTED PARTIES***EXHIBIT TO PLEADING re: (152 in 1:21-md-03010-PKC) Amended Complaint,,. Document filed by State of North Dakota, State of Florida, State of Alaska, State of South Dakota, State of Indiana, State of Louisiana, State of Idaho, State of Arkansas, State of Montana, State of Missouri, State of Utah, State of South Carolina, State of Mississippi, The State of Texas, Commonwealth of Puerto Rico, Commonwealth of Kentucky, State of Nevada, State of Alaska, State of Florida, State of South Dakota, State of North Dakota, Commonwealth of Puerto Rico.Filed In Associated Cases: 1:21-md-03010-PKC, 1:21-cv-06841-PKCMotion or Order to File Under Seal: 174 .(Lanier, W.) (Entered: 11/12/2021) |
| 11/12/2021 | 166 | REDACTION to (174 in 1:21-md-03010-PKC) MOTION to Seal *Third Amended Complaint. THIRD AMENDED COMPLAINT - REDACTED* by Commonwealth of Kentucky, Commonwealth of Puerto Rico, State of Alaska, State of Arkansas, State of Florida, State of Idaho, State of Indiana, State of Louisiana, State of Mississippi, State of Missouri, State of Montana, State of Nevada, State of North Dakota, State of South Carolina, State of South Dakota, State of Utah, The State of Texas, Commonwealth of Puerto Rico, State of South Dakota, State of Alaska, State of Florida, State of North DakotaFiled In Associated Cases: 1:21-md-03010-PKC, 1:21-cv-06841-PKC.(Lanier, W.) (Entered: 11/12/2021) |
| 11/16/2021 | 167 | RESPONSE in Opposition to Motion re: (164 in 1:21-cv-06841-PKC, 174 in 1:21-md-03010-PKC) MOTION to Seal *Third Amended Complaint.* . Document filed by Raintree Medical And Chiropractic Center LLC, AIM Media Midwest Operating, LLC, AIM |

| | | |
|---|---|---|
| | | Media Texas Operating, LLC, Aim Media Indiana Operating, LLC, Nicholas Arrieta, Associated Newspapers Ltd., Mark J. Astarita, Brown County Publishing Company Inc, Charleston Publishing Co., Inc., Clarion Publishing Company, Inc., Clarke Publishing, Inc., Clarksburg Publishing Company, Cliffy Care Landscaping LLC, Coastal Point LLC, Commonwealth Publishing Company, Inc., Delta Press Publishing Company, Inc., Delta-Democrat Publishing Company, Michael Devaney, ECENT Corporation, Eagle Printing Company, Emmerich Newspapers, Incorporated, Enterprise-Tocsin, Inc., Flag Publications, Inc., Franklinton Publishing Co., Inc., Gale Force Media, LLC, Genius Media Group, Inc., Grenada Star, Inc., HD Media Company, LLC, Hanson Law Firm, PC, Hattiesburg Publishing, Inc., J.O. Emmerich & Associates, Inc., Journal, Inc., Kinin, Inc., Kosciusko Star-Herald, Inc., Vitor Lindo, Louisville Publishing, Inc., Mail Media, Inc., Marion Publishing Company, Mikula Web Solutions, Inc., Mint Rose Day Spa LLC, Montgomery Publishing Co., Inc., Multi Media Channels LLC, Organic Panaceas, LLC, Robinson Communications Inc, Rodrock Chiropractic Pa, SPX Total Body Fitness LLC, Scott Publishing, Inc., Simpson Publishing Co., Inc., SkinnySchool LLC, Michael Stellman, Sterling International Consulting Group, Sunland Publishing Company, Inc., Surefreight Global LLC, Sweepstakes Today, LLC, Tallulah Publishing, Inc., Tate Record, Inc., The Nation Company, L.P., Yazoo Newspaper Co., Inc., Sara Yberra. Filed In Associated Cases: 1:21-md-03010-PKC, 1:21-cv-03446-PKC, 1:21-cv-06841-PKC. (Thorne, John) (Entered: 11/16/2021) |
| 11/26/2021 | 168 | RESPONSE to Motion re: (164 in 1:21-cv-06841-PKC, 174 in 1:21-md-03010-PKC) MOTION to Seal *Third Amended Complaint.* . Document filed by Google LLC. Filed In Associated Cases: 1:21-md-03010-PKC, 1:21-cv-06841-PKC.(Mahr, Eric) (Entered: 11/26/2021) |
| 11/26/2021 | 169 | DECLARATION of Ali Nasiri Amini re: (181 in 1:21-md-03010-PKC) Response to Motion *to Seal.* Document filed by Google LLC. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:21-md-03010-PKC, 1:21-cv-06841-PKC.(Mahr, Eric) (Entered: 11/26/2021) |
| 11/26/2021 | 170 | ***SELECTED PARTIES***DECLARATION of Ali Nasiri Amini re: (181 in 1:21-md-03010-PKC) Response to Motion *to Seal.* Document filed by Google LLC, Commonwealth of Kentucky, Commonwealth of Puerto Rico, State of Alaska, State of Arkansas, State of Florida, State of Idaho, State of Indiana, State of Louisiana, State of Mississippi, State of Missouri, State of Montana, State of Nevada, State of North Dakota, State of South Carolina, State of South Dakota, State of Utah, The State of Texas, Commonwealth of Puerto Rico, State of South Dakota, State of Alaska, State of Florida, State of North Dakota. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:21-md-03010-PKC, 1:21-cv-06841-PKCMotion or Order to File Under Seal: 174 .(Mahr, Eric) (Entered: 11/26/2021) |
| 12/02/2021 | 171 | MEMO ENDORSEMENT on re: (184 in 1:21-md-03010-PKC) Response in Opposition to Motion filed by Facebook Inc. ENDORSEMENT: Application GRANTED. SO ORDERED. (Signed by Judge P. Kevin Castel on 12/1/2021) Filed In Associated Cases: 1:21-md-03010-PKC, 1:21-cv-06841-PKC (ate) (Entered: 12/02/2021) |
| 12/03/2021 | 172 | REPLY to Response to Motion re: (164 in 1:21-cv-06841-PKC, 174 in 1:21-md-03010-PKC) MOTION to Seal *Third Amended Complaint.* . Document filed by Commonwealth of Kentucky, Commonwealth of Puerto Rico, State of Alaska, State of Arkansas, State of Florida, State of Idaho, State of Indiana, State of Louisiana, State of Mississippi, State of Missouri, State of Montana, State of Nevada, State of North Dakota, State of South Carolina, State of South Dakota, State of Utah, The State of Texas, Commonwealth of Puerto Rico, State of South Dakota, State of Alaska, State of Florida, State of North Dakota. Filed In Associated Cases: 1:21-md-03010-PKC, 1:21-cv-06841-PKC.(Lanier, W.) (Entered: 12/03/2021) |

| 12/07/2021 | 173 | MEMO ENDORSEMENT: on re: (188 in 1:21-md-03010-PKC) Response to Motion filed by Facebook Inc. ENDORSEMENT: The intent in granting Google's application was to shield names, job titles and contact information of employees of Google who are not senior executives. The plaintiffs need not redact the titles of Facebook's Chief Executives from the Third Amended Complaint. SO ORDERED. (Signed by Judge P. Kevin Castel on 12/06/2021) Filed In Associated Cases: 1:21-md-03010-PKC, 1:21-cv-06841-PKC (ama) (Entered: 12/07/2021) |
|---|---|---|
| 12/21/2021 | 174 | INTERIM PROTECTIVE ORDER...regarding procedures to be followed that shall govern the handling of confidential material...Having considered Ms. Vash's letter of December 17 for certain plaintiffs and Ms. Sessions letter of December 21 for Google, it is hereby Ordered by the Court that, as further set forth herein. SO ORDERED. Motions terminated: (190 in 1:21-md-03010-PKC) JOINT LETTER MOTION for Local Rule 37.2 Conference *and Interim Protective Order* addressed to Judge P. Kevin Castel from Serina M. Vash dated December 17, 2021. (Signed by Judge P. Kevin Castel on 12/21/2021) Filed In Associated Cases: 1:21-md-03010-PKC et al. (vfr) (Entered: 12/21/2021) |
| 01/12/2022 | 175 | ORDER: granting (174) Letter Motion to Seal in case 1:21-md-03010-PKC; granting (164) Letter Motion to Seal in case 1:21-cv-06841-PKC. The motion to seal the Third Amended Complaint is GRANTED as to the employee names, job titles and contact information identified in paragraphs 114, 115, 157, 251, 352, 364, 371, 385, 397 and 415 but is otherwise DENIED. The Clerk is directed to terminate the motion. (21 MD 3010 Docket # 174; 21 Civ. 6841 Docket # 164.) Plaintiffs are directed to publicly file a version of the Third Amended Complaint that conforms to this Order no later than January 14, 2022. SO ORDERED. (Signed by Judge P. Kevin Castel on 1/12/2022) Filed In Associated Cases: 1:21-md-03010-PKC, 1:21-cv-06841-PKC (ama) (Entered: 01/12/2022) |
| 01/12/2022 | | Set/Reset Deadlines: Amended Pleadings due by 1/14/2022. Associated Cases: 1:21-md-03010-PKC, 1:21-cv-06841-PKC(ama) (Entered: 01/12/2022) |
| 01/12/2022 | | Terminate Transcript Deadlines Associated Cases: 1:21-md-03010-PKC, 1:21-cv-06841-PKC(ama) (Entered: 01/12/2022) |
| 01/21/2022 | 176 | MOTION to Dismiss *Counts I Through IV of State Plaintiffs' Third Amended Complaint*. Document filed by Google LLC. Responses due by 3/22/2022.(Mahr, Eric) (Entered: 01/21/2022) |
| 01/21/2022 | 177 | MEMORANDUM OF LAW in Support re: 176 MOTION to Dismiss *Counts I Through IV of State Plaintiffs' Third Amended Complaint*. . Document filed by Google LLC.. (Mahr, Eric) (Entered: 01/21/2022) |
| 01/21/2022 | 178 | MOTION to Seal *Limited Personal Information in Exhibit A to the Declaration of Andrew J. Ewalt in Support of Defendant Google LLC's Motion to Dismiss Counts I Through IV of State Plaintiffs' Third Amended Complaint*. Document filed by Google LLC. (Attachments: # 1 Text of Proposed Order)Filed In Associated Cases: 1:21-md-03010-PKC, 1:21-cv-06841-PKC.(Mahr, Eric) (Entered: 01/21/2022) |
| 01/21/2022 | 179 | MEMORANDUM OF LAW in Support re: (219 in 1:21-md-03010-PKC, 178 in 1:21-cv-06841-PKC) MOTION to Seal *Limited Personal Information in Exhibit A to the Declaration of Andrew J. Ewalt in Support of Defendant Google LLC's Motion to Dismiss Counts I Through IV of State Plaintiffs' Third Amended Complaint*. . Document filed by Google LLC. Filed In Associated Cases: 1:21-md-03010-PKC, 1:21-cv-06841-PKC. (Mahr, Eric) (Entered: 01/21/2022) |

| 01/21/2022 | 180 | DECLARATION of Andrew J. Ewalt in Support re: (219 in 1:21-md-03010-PKC, 178 in 1:21-cv-06841-PKC) MOTION to Seal *Limited Personal Information in Exhibit A to the Declaration of Andrew J. Ewalt in Support of Defendant Google LLC's Motion to Dismiss Counts I Through IV of State Plaintiffs' Third Amended Complaint.*. Document filed by Google LLC. (Attachments: # 1 Exhibit A (Redacted))Filed In Associated Cases: 1:21-md-03010-PKC, 1:21-cv-06841-PKC.(Ewalt, Andrew) (Entered: 01/21/2022) |
|---|---|---|
| 01/21/2022 | 181 | ***SELECTED PARTIES***DECLARATION of Andrew J. Ewalt in Support re: (219 in 1:21-md-03010-PKC, 178 in 1:21-cv-06841-PKC) MOTION to Seal *Limited Personal Information in Exhibit A to the Declaration of Andrew J. Ewalt in Support of Defendant Google LLC's Motion to Dismiss Counts I Through IV of State Plaintiffs' Third Amended Complaint.*. Document filed by Google LLC. (Attachments: # 1 Exhibit A (Unredacted))Filed In Associated Cases: 1:21-md-03010-PKC, 1:21-cv-06841-PKCMotion or Order to File Under Seal: 219 .(Ewalt, Andrew) (Entered: 01/21/2022) |
| 02/16/2022 | 182 | MEMO ENDORSEMENT on ORDER GRANTING DEFENDANT GOOGLE LLC'S MOTION TO SEAL LIMITED PERSONAL INFORMATION IN EXHIBIT A TO THE DECLARATION OF ANDREW J. EWALT IN SUPPORT OF DEFENDANT GOOGLE LLC'S MOTION TO DISMISS COUNTS I THROUGH IV OF STATE PLAINTIFFS' THIRD AMENDED COMPLAINT: granting (219) Motion to Seal in case 1:21-md-03010-PKC; granting (178) Motion to Seal in case 1:21-cv-06841-PKC. ENDORSEMENT: Motion (Doc. 219) should be terminated. SO ORDERED. (Signed by Judge P. Kevin Castel on 2/16/2022) Filed In Associated Cases: 1:21-md-03010-PKC, 1:21-cv-06841-PKC (ama) (Entered: 02/16/2022) |
| 03/22/2022 | 183 | RESPONSE in Opposition to Motion re: (176 in 1:21-cv-06841-PKC) MOTION to Dismiss *Counts I Through IV of State Plaintiffs' Third Amended Complaint.*, (217 in 1:21-md-03010-PKC) MOTION to Dismiss *Counts I Through IV of State Plaintiffs' Third Amended Complaint.* . Document filed by Commonwealth of Kentucky, Commonwealth of Puerto Rico, State of Alaska, State of Arkansas, State of Florida, State of Idaho, State of Indiana, State of Louisiana, State of Mississippi, State of Missouri, State of Montana, State of Nevada, State of North Dakota, State of South Carolina, State of South Dakota, State of Utah, The State of Texas, Commonwealth of Puerto Rico, State of South Dakota, State of Alaska, State of Florida, State of North Dakota. Filed In Associated Cases: 1:21-md-03010-PKC, 1:21-cv-06841-PKC.(Keller, Ashley) (Entered: 03/22/2022) |
| 03/22/2022 | 184 | MOTION to Amend/Correct *Case Caption*. Document filed by State of North Dakota. (Attachments: # 1 Text of Proposed Order)Filed In Associated Cases: 1:21-md-03010-PKC, 1:21-cv-06841-PKC.(Lanier, W.) (Entered: 03/22/2022) |
| 03/24/2022 | 185 | RESPONSE to Motion re: (184 in 1:21-cv-06841-PKC, 265 in 1:21-md-03010-PKC) MOTION to Amend/Correct *Case Caption. Response and Statement of Non-Opposition to the State of North Dakota's Motion to Amend Case Caption.* Document filed by Google LLC. Filed In Associated Cases: 1:21-md-03010-PKC, 1:21-cv-06841-PKC.(Sessions, Justina) (Entered: 03/24/2022) |
| 03/24/2022 | 186 | LETTER addressed to Judge P. Kevin Castel from Philip C. Korologos on behalf of Publisher Plaintiffs dated March 24, 2022 re: pre-motion letter for filing a Motion for Leave to File a Joint Amicus Brief. Document filed by Genius Media Group, Inc., The Nation Company, L.P., The Progressive, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)Filed In Associated Cases: 1:21-md-03010-PKC, 1:21-cv-06841-PKC. (Korologos, Philip) (Entered: 03/24/2022) |
| 03/28/2022 | 187 | LETTER addressed to Judge P. Kevin Castel from Justina K. Sessions dated March 28, 2022 re: respectfully responding to Publisher Plaintiffs' pre-motion letter dated March 24, |

| | | |
|---|---|---|
| | | 2022, ECF 267. Document filed by Google LLC.Filed In Associated Cases: 1:21-md-03010-PKC, 1:21-cv-06841-PKC.(Sessions, Justina) (Entered: 03/28/2022) |
| 03/29/2022 | [188](#) | LETTER addressed to Judge P. Kevin Castel from Ashley Keller dated 03/29/2022 re: In re Google Digital Advertising, 1:21-md-03010 (PKC); State of Texas, et al. v. Google LLC, No. 1:21-cv-06841 (PKC). Document filed by State of Idaho, State of Indiana, State of Louisiana, State of Mississippi, State of North Dakota, State of South Carolina, State of South Dakota, The State of Texas, State of South Dakota, State of North Dakota.Filed In Associated Cases: 1:21-md-03010-PKC, 1:21-cv-06841-PKC.(Keller, Ashley) (Entered: 03/29/2022) |
| 04/01/2022 | [189](#) | LETTER addressed to Judge P. Kevin Castel from Eric Mahr dated 04/01/2022 re: Response to State Plaintiffs' Letter Dated March 29, 2022. Document filed by Google LLC.Filed In Associated Cases: 1:21-md-03010-PKC, 1:21-cv-06841-PKC.(Mahr, Eric) (Entered: 04/01/2022) |
| 04/06/2022 | [190](#) | ORDER: As the Court explained, the States' Third Amended Complaint is a bellwether for the pleadings of other plaintiffs (to the extent applicable to a private party's claim) and so the brief of the Publisher Plaintiffs (Doc 267-3) will be deemed filed on their behalf as parties to the MDL. Google's date for reply is extended to May 5, 2022 and its page limit increased to 30 pages. SO ORDERED., ( Replies due by 5/5/2022.) (Signed by Judge P. Kevin Castel on 4/06/2022) Filed In Associated Cases: 1:21-md-03010-PKC et al. (ama) (Entered: 04/06/2022) |
| 04/06/2022 | [191](#) | JOINT LETTER addressed to Judge P. Kevin Castel from Ashley Keller dated 04/06/2022 re: Plaintiffs Commonwealth of Kentucky, Commonwealth of Puerto Rico, State of Alaska, State of Arkansas, State of Florida, State of Idaho, State of Indiana, State of Louisiana, State of Mississippi, State of Missouri, State of Montana, State of Nevada, State of North Dakota, State of South Carolina, State of South Dakota, State of Utah, The State of Texas, Commonwealth of Puerto Rico, State of South Dakota, State of Alaska, State of Florida, State of North Dakota; the Advertiser Class; the Publisher Class; Plaintiffs Associated Newspapers, Ltd. and Mail Media, Inc.; and Direct Action Newspaper Plaintiffs; Defendant Google LLC; and Defendant Meta Platforms, Inc., submission of draft confidentiality order. Document filed by State of Idaho, State of Indiana, State of Louisiana, State of Mississippi, State of North Dakota, State of South Carolina, State of South Dakota, The State of Texas, State of South Dakota, State of North Dakota. (Attachments: # [1](#) Exhibit Ex 1 - Joint Protective Order)Filed In Associated Cases: 1:21-md-03010-PKC, 1:21-cv-06841-PKC.(Keller, Ashley) (Entered: 04/06/2022) |
| 04/06/2022 | [192](#) | JOINT LETTER MOTION for Conference *On behalf of: Plaintiffs Commonwealth of Kentucky, Commonwealth of Puerto Rico, State of Alaska, State of Arkansas, State of Florida, State of Idaho, State of Indiana, State of Louisiana, State of Mississippi, State of Missouri, State of Montana, State of Nevada, State of North Dakota, State of South Carolina, State of South Dakota, State of Utah, The State of Texas, Commonwealth of Puerto Rico, State of South Dakota, State of Alaska, State of Florida, State of North Dakota; the Advertiser Class; the Publisher Class; Plaintiffs Associated Newspapers, Ltd. and Mail Media, Inc.; and Direct Action Newspaper Plaintiffs* addressed to Judge P. Kevin Castel from Ashley Keller dated 04/06/2022. Document filed by State of Idaho, State of Indiana, State of Louisiana, State of Mississippi, State of North Dakota, State of South Carolina, State of South Dakota, The State of Texas, State of South Dakota, State of North Dakota. (Attachments: # [1](#) Exhibit Ex 1 - Draft of Protective Order, # [2](#) Exhibit Ex 2 - Texas Protective Order FINAL, # [3](#) Exhibit Ex 3 - Confidentiality Agreement FINAL (TX CID))Filed In Associated Cases: 1:21-md-03010-PKC, 1:21-cv-06841-PKC. (Keller, Ashley) (Entered: 04/06/2022) |

| 04/06/2022 | 193 | ORDER GRANTING THE STATE OF NORTH DAKOTA'S MOTION TO AMEND CASE CAPTION granting (265) Motion to Amend/Correct (265 in 1:21-md-03010-PKC) MOTION to Amend/Correct *Case Caption*. in case 1:21-md-03010-PKC. Before the Court is the State of North Dakota's Motion to Amend Case Caption. After consideration of the motion, the Court is of the opinion the Motion should be GRANTED. The Case Caption is to be amended indicating Drew H. Wrigley as the Attorney General for North Dakota, in lieu of Wayne Stenehjem. SO ORDERED. (Signed by Judge P. Kevin Castel on 4/6/2022) Filed In Associated Cases: 1:21-md-03010-PKC, 1:21-cv-06841-PKC (tg) (Entered: 04/06/2022) |
|---|---|---|
| 04/14/2022 | 194 | ORDER: denying (281) Letter Motion to Adjourn Conference in case 1:21-md-03010-PKC. The Conference relates principally to a dispute over the protective order between private litigants and Google. The States are welcome to be heard if they having something relevant to say but their attendance is optional. Application DENIED. SO ORDERED. (Signed by Judge P. Kevin Castel on 4/14/2022) Filed In Associated Cases: 1:21-md-03010-PKC, 1:21-cv-06841-PKC (ama) (Entered: 04/14/2022) |
| 04/26/2022 | 195 | NOTICE OF CHANGE OF ADDRESS by Ashley C. Keller on behalf of State of Idaho, State of Indiana, State of Louisiana, State of Mississippi, State of North Dakota, State of South Carolina, State of South Dakota, The State of Texas, State of South Dakota, State of North Dakota. New Address: Keller Postman LLC, 150 N. Riverside Plaza, Suite 4100, Chicago, IL, USA 60606, (312) 741-5220. Filed In Associated Cases: 1:21-md-03010-PKC, 1:21-cv-06841-PKC.(Keller, Ashley) (Entered: 04/26/2022) |
| 04/26/2022 | 196 | NOTICE OF CHANGE OF ADDRESS by Jason Allen Zweig on behalf of State of Idaho, State of Indiana, State of Louisiana, State of Mississippi, State of North Dakota, State of South Carolina, State of South Dakota, The State of Texas, State of South Dakota, State of North Dakota. New Address: Keller Postman LLC, 150 N. Riverside Plaza, Suite 4100, Chicago, IL, USA 60606, (312) 741-5220. Filed In Associated Cases: 1:21-md-03010-PKC, 1:21-cv-06841-PKC.(Zweig, Jason) (Entered: 04/26/2022) |
| 04/26/2022 | 197 | NOTICE OF CHANGE OF ADDRESS by Brooke Clason Smith on behalf of State of Idaho, State of Indiana, State of Louisiana, State of Mississippi, State of North Dakota, State of South Carolina, State of South Dakota, The State of Texas, State of South Dakota, State of North Dakota. New Address: Keller Postman LLC, 150 N. Riverside Plaza, Suite 4100, Chicago, IL, USA 60606, (312) 741-5220. Filed In Associated Cases: 1:21-md-03010-PKC, 1:21-cv-06841-PKC.(Smith, Brooke) (Entered: 04/26/2022) |
| 04/26/2022 | 198 | NOTICE OF CHANGE OF ADDRESS by Zina Bash on behalf of State of Idaho, State of Indiana, State of Louisiana, State of Mississippi, State of North Dakota, State of South Carolina, State of South Dakota, The State of Texas, State of South Dakota, State of North Dakota. New Address: Keller Postman LLC, 111 Congress Avenue, Suite 500, Austin, TX, USA 78701, (501) 690-0990. Filed In Associated Cases: 1:21-md-03010-PKC, 1:21-cv-06841-PKC.(Bash, Zina) (Entered: 04/26/2022) |
| 05/03/2022 | 199 | TRANSCRIPT of Proceedings re: CONFERENCE held on 4/19/2022 before Judge P. Kevin Castel. Court Reporter/Transcriber: Alena Lynch, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/24/2022. Redacted Transcript Deadline set for 6/3/2022. Release of Transcript Restriction set for 8/1/2022.Filed In Associated Cases: 1:21-md-03010-PKC et al..(Moya, Goretti) (Entered: 05/03/2022) |
| 05/03/2022 | 200 | TRANSCRIPT of Proceedings re: CONFERENCE held on 4/19/2022 before Judge P. Kevin Castel. Court Reporter/Transcriber: Alena Lynch, (212) 805-0300. Transcript may |

| | | |
|---|---|---|
| | | be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/24/2022. Redacted Transcript Deadline set for 6/3/2022. Release of Transcript Restriction set for 8/1/2022.Filed In Associated Cases: 1:21-md-03010-PKC et al..(Moya, Goretti) (Entered: 05/03/2022) |
| 05/03/2022 | 201 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 4/19/22 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...Filed In Associated Cases: 1:21-md-03010-PKC et al..(Moya, Goretti) (Entered: 05/03/2022) |
| 05/05/2022 | 202 | REPLY MEMORANDUM OF LAW in Support re: (217 in 1:21-md-03010-PKC) MOTION to Dismiss *Counts I Through IV of State Plaintiffs' Third Amended Complaint*., (176 in 1:21-cv-06841-PKC) MOTION to Dismiss *Counts I Through IV of State Plaintiffs' Third Amended Complaint*. . Document filed by Google LLC. Filed In Associated Cases: 1:21-md-03010-PKC, 1:21-cv-06841-PKC.(Mahr, Eric) (Entered: 05/05/2022) |
| 05/25/2022 | 203 | MOTION for Daniel Strunk to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC-26197748. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by The State of Texas. (Attachments: # 1 Exhibit Declaration, # 2 Exhibit Proposed Order)Filed In Associated Cases: 1:21-md-03010-PKC, 1:21-cv-06841-PKC.(Strunk, Daniel) (Entered: 05/25/2022) |
| 05/26/2022 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 203 MOTION for Daniel Strunk to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-26197748. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sgz)** (Entered: 05/26/2022) |
| 05/26/2022 | 204 | ORDER granting 203 Motion for Daniel Strunk to Appear Pro Hac Vice (HEREBY ORDERED by Judge P. Kevin Castel)(Text Only Order) (Nacanther, Florence) (Entered: 05/26/2022) |
| 07/28/2022 | 205 | ORDER: re: (217 in 1:21-md-03010-PKC) MOTION to Dismiss Counts I Through IV of State Plaintiffs' Third Amended Complaint filed by Google LLC, Set Deadlines/Hearing as to (217 in 1:21-md-03010-PKC) MOTION to Dismiss Counts I Through IV of State Plaintiffs' Third Amended Complaint. The Court will hear argument on Google's motion to dismiss the States' Third Amended Complaint on August 31, 2022 at 2 p.m. in Courtroom 11D. SO ORDERED.:( Motion Hearing set for 8/31/2022 at 02:00 PM in Courtroom 11D, 500 Pearl Street, New York, NY 10007 before Judge P. Kevin Castel.) (Signed by Judge P. Kevin Castel on 7/28/2022) Filed In Associated Cases: 1:21-md-03010-PKC et al. (ama) (Entered: 07/28/2022) |
| 08/17/2022 | | ORDER granting (302) Motion to Withdraw as Attorney. Attorney Maxwell H Sawyer terminated in case 1:21-md-03010-PKC (HEREBY ORDERED by Judge P. Kevin Castel)(Text Only Order) Filed In Associated Cases: 1:21-md-03010-PKC et al. (Nacanther, Florence) (Entered: 08/17/2022) |
| 08/24/2022 | 206 | MEMO ENDORSEMENT on NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNEL: granting (303) Motion to Withdraw (303 in 1:21-md-03010-PKC) MOTION to Withdraw as Counsel in case 1:21-md-03010-PKC. ENDORSEMENT: Application Granted. SO ORDERED. (Signed by Judge P. Kevin Castel on 8/24/2022) |

| | | |
|---|---|---|
| | | Filed In Associated Cases: 1:21-md-03010-PKC, 1:21-cv-06841-PKC. *** Attorney Nicholas G. Grimmer terminated. (ama) Modified on 8/24/2022 (ama). (Entered: 08/24/2022) |
| 08/26/2022 | 207 | LETTER addressed to Judge P. Kevin Castel from Ashley Keller dated 08/26/2022 re: Oral Argument Scheduled for August 31, 2022. Document filed by State of Idaho, State of Indiana, State of Louisiana, State of Mississippi, State of North Carolina, State of South Carolina, State of South Dakota, The State of Texas, State of South Dakota, State of North Dakota.Filed In Associated Cases: 1:21-md-03010-PKC, 1:21-cv-06841-PKC. (Keller, Ashley) (Entered: 08/26/2022) |
| 08/26/2022 | 208 | MEMO ENDORSEMENT: on re: (207 in 1:21-cv-06841-PKC, 306 in 1:21-md-03010-PKC) Letter, filed by State of Indiana, State of South Dakota, The State of Texas, State of South Carolina, State of South Dakota, State of Idaho, State of Mississippi, State of North Dakota, State of Louisiana. ENDORSEMENT: Application DENIED without prejudice to the use of Courtroom Connect for live streaming of the transcript. SO ORDERED. (Signed by Judge P. Kevin Castel on 8/26/2022) Filed In Associated Cases: 1:21-md-03010-PKC, 1:21-cv-06841-PKC (ama) (Entered: 08/26/2022) |
| 09/13/2022 | 209 | OPINION AND ORDER re: (217 in 1:21-md-03010-PKC) MOTION to Dismiss *Counts I Through IV of State Plaintiffs' Third Amended Complaint*. filed by Google LLC, (176 in 1:21-cv-06841-PKC) MOTION to Dismiss *Counts I Through IV of State Plaintiffs' Third Amended Complaint*. filed by Google LLC. For the reasons explained, Google's motion to dismiss is GRANTED as to Count IV and otherwise DENIED. The Clerk is directed to terminate the motion. (21-md-3010, Docket # 217; 21-cv-6841, Docket # 176.) (Signed by Judge P. Kevin Castel on 9/13/2022) Filed In Associated Cases: 1:21-md-03010-PKC, 1:21-cv-06841-PKC (rro) (Entered: 09/13/2022) |
| 09/14/2022 | 210 | PRETRIAL ORDER NO. 2: Pursuant to the authority of Rules 16(b) and 23(d)(1), the Court Orders as follows: Any Class Action (by and through its Lead Class Counsel in the case of publishers or Interim Co-Lead Counsel as to advertisers) or any individual plaintiff, i.e., a plaintiff not asserting a class claim, may within 21 days submit a proposed amended pleading containing only Conforming Amendments (both clean copy and copy marked to show changes). Defendant shall set forth its consent or objection within 7 days. If the amended pleading contains only Conforming Amendments, the Court anticipates granting leave to amend and lifting the stay on discovery. "Conforming Amendments" are amendments that (a) add claims or allegations of anticompetitive conduct that were asserted in the TAC and survived the Court's September 13 Opinion & Order or remove claims or allegations of anticompetitive conduct asserted in the TAC that did not survive the September 13 Opinion & Order; (b) amend the allegations of individual harm to the plaintiffs, allegations specific to the named plaintiffs, the class definitions, the state law claims, the damages and relief sought; or (c) are necessitated by the party or counsel's obligations under Rule 11. Any Class Action (by and through Lead Counsel) or any individual plaintiff who wishes to amend its pleading to make amendments that do not fall entirely within the definition of Conforming Amendments may file a motion to amend within 21 days, the defendant or defendants may oppose the motion 21 days thereafter and plaintiff may reply 14 days thereafter. The motion shall annex the proposed amended pleading (clean copy and copy marked to show changes). The pre-motion letter requirement is waived for the motion to amend. Discovery is stayed in such an action pending the hearing and determination of the motion to amend. If no amendment is sought by a plaintiff, defendant or defendants shall answer the complaint or submit a pre-motion letter within 30 days. Lead Counsel for the State plaintiffs (Mr. Lanier), Interim Lead Co-Counsel for the putative advertiser class (Ms. Sharp and Ms. Wolfson) and Lead Counsel for the Publisher Class (Mr. Boies) are collectively referred to as the "Plaintiffs' Lead Attorneys." Plaintiffs' Lead Attorneys shall meet and confer on a proposed Case Management Plan and Scheduling Order and each Lead Counsel may designate other |

counsel to participate in discussions. Within 21 days of this Order, Plaintiffs' Lead Attorneys shall submit a joint proposal to counsel for defendant and counsel for any individual plaintiff, whose input and proposed changes should be solicited, considered, discussed and, to the extent of agreement, incorporated in a proposal to be submitted by Plaintiffs' Lead Attorneys to the Court within 45 days. Any party may submit written objections or counterproposals within 7 days of the submission to the Court by Plaintiffs' Lead Attorneys. The Court will then issue an Order. The Case Management Plan and Scheduling Order need not and should not provide for every contingency. But it should address at least the matters in the Court's proposed Case Management Plan and Scheduling Order for an ordinary case (omitting paragraphs 1, 2, 9, 10 and 12) modified for the needs of these coordinated cases. Some issues, such as the timing of class certification motions, will be unique to fewer than all cases. The Court is open to expanding the number of deponents above the presumptive limit in Rule 30(a)(2)(A)(1) but will only do so-and may do so from time to time-upon identification of the particular witnesses by name (unless a Rule 30(b)(6) witness) and description of the matters on which he or she has unique knowledge. There will be no duplicative questioning of witnesses, and, absent good cause, no deponent will be examined more than once. The Local Civil Rules of this District, including Local Civil Rule 33.3, and the Court's Individual Practices fully apply to this case. SO ORDERED. (Signed by Judge P. Kevin Castel on 9/14/2022) Filed In Associated Cases: 1:21-md-03010-PKC et al. (ama) (Entered: 09/14/2022)

| 09/30/2022 | 211 | LETTER addressed to Judge P. Kevin Castel from Plaintiffs' Lead Attorneys - W. Mark Lanier, David Boies, Dena C. Sharp and Tina Wolfson dated 09/30/2022 re: PLA Letter to Update the Court re. Case Management Plan and Discovery Steering Committee. Document filed by The State of Texas.Filed In Associated Cases: 1:21-md-03010-PKC et al..(Lanier, W.) (Entered: 09/30/2022) |
| 10/07/2022 | 212 | ORDER: in case 1:21-cv-03446-PKC; terminating (331) Letter Motion for Conference re: (331 in 1:21-md-03010-PKC) LETTER MOTION for Conference re: (297) Protective Order. addressed to Judge P. Kevin Castel from Ashley Keller dated 10/06/2022. in case 1:21-md-03010-PKC. Google shall file a privilege log within 14 days. Plaintiffs may file a motion 14 days thereafter. Submission of exemplars in camera approved. SO ORDERED (Signed by Judge P. Kevin Castel on 10/07/202) Filed In Associated Cases: 1:21-md-03010-PKC et al. (ama) (Entered: 10/07/2022) |
| 10/07/2022 | 213 | ORDER: in case 1:21-cv-03446-PKC; granting (323) Letter Motion to Seal in case 1:21-md-03010-PKC. The application to file under seal is provisionally GRANTED.SO ORDERED. (Signed by Judge P. Kevin Castel on 10/07/202) Filed In Associated Cases: 1:21-md-03010-PKC et al. (ama) (Entered: 10/07/2022) |
| 10/28/2022 | 214 | LETTER MOTION for Leave to File Motion to Dismiss and to Strike addressed to Judge P. Kevin Castel from Eric Mahr and Justina K. Sessions dated 10/28/2022. Document filed by Google LLC.Filed In Associated Cases: 1:21-md-03010-PKC, 1:21-cv-06841-PKC.(Mahr, Eric) (Entered: 10/28/2022) |
| 10/31/2022 | 215 | LETTER addressed to Judge P. Kevin Castel from W. Mark Lanier, David Boies, Dena C. Sharp, Tina Wolfson dated 10/31/2022 re: Per Court's Instructions in Pre-Trial Order No. 2 - Plaintiffs Lead Attorneys submit Proposed Case Management Plan and Scheduling Order. Document filed by Commonwealth of Kentucky, Commonwealth of Puerto Rico, State of Alaska, State of Arkansas, State of Florida, State of Idaho, State of Indiana, State of Louisiana, State of Mississippi, State of Missouri, State of Montana, State of Nevada, State of North Dakota, State of South Carolina, State of South Dakota, State of Utah, The State of Texas, Commonwealth of Puerto Rico, State of South Dakota, State of Alaska, State of Florida, State of North Dakota. (Attachments: # 1 Text of Proposed Order |

| | | Proposed Civil Case Management Plan and Scheduling Order)Filed In Associated Cases: 1:21-md-03010-PKC et al..(Lanier, W.) (Entered: 10/31/2022) |
|---|---|---|
| 11/01/2022 | 216 | ORDER PROVISIONALLY GRANTING DEFENDANT GOOGLE LLC'S MOTION TO SEAL LIMITED PERSONA INFORMATION IN EXHIBIT A TO THE DECLARATION OF ROBERT J. MCCALLUM IN SUPPORT OF DEFENDANT GOOGLE LLC'S MOTION TO SEAL LIMITED PERSONAL INFORMATION IN THE OCTOBER 21, 2022 PRIVILEGE LOG in case 1:21-cv-03446-PKC; granting (349) Letter Motion to Seal in case 1:21-md-03010-PKC. ORDERS that the redacted content within the publicly filed Privilege Log in Exhibit A to the Declaration of Robert J. McCallum in Support of Google LLC's Motion to Seal Limited Personal Information in the October 21, 2022 Privilege Log shall be maintained under seal. SO ORDERED. (Signed by Judge P. Kevin Castel on 11/1/2022) Filed In Associated Cases: 1:21-md-03010-PKC et al. (jca) (Entered: 11/02/2022) |
| 11/03/2022 | 217 | LETTER addressed to Judge P. Kevin Castel from Ashley Keller dated 11/03/2022 re: Reply to pre-motion letter Doc. 357. Document filed by State of Idaho, State of Indiana, State of Louisiana, State of Mississippi, State of North Dakota, State of South Carolina, State of South Dakota, The State of Texas, State of South Dakota, State of North Dakota.Filed In Associated Cases: 1:21-md-03010-PKC, 1:21-cv-06841-PKC.(Keller, Ashley) (Entered: 11/03/2022) |
| 11/04/2022 | 218 | LETTER addressed to Judge P. Kevin Castel from Eric Mahr and Justina K. Sessions dated 11/04/2022 re: Response to State Plaintiffs' November 3, 2022 Letter. Document filed by Google LLC.Filed In Associated Cases: 1:21-md-03010-PKC, 1:21-cv-06841-PKC.(Mahr, Eric) (Entered: 11/04/2022) |
| 11/18/2022 | 219 | PRE-TRIAL ORDER NO. 4 terminating 214 Letter Motion for Leave to File Document. The Court Orders as follows: 1. Conforming Amendments and/or Motions to Amend have been filed by Lead Counsel in the Advertiser Class Action (Doc 316), Lead Counsel in the Publisher Class Action (Doc 320), Counsel in the Associated Newspapers and Mail Media individual publisher action (Doc 318) and Counsel for 24 Newspaper plaintiffs in individual publisher actions (Doc 325). Without conceding that the proposed amended pleadings state a claim for relief, defendant Google LLC, including to the extent applicable Alphabet, Inc. and YouTube LLC (collectively "Google") do not oppose the filing of the amended pleadings subject to its right to move to dismiss the amended pleadings (Doc 354). Google seeks leave to move to dismiss the proposed amended pleadings (Doc 367). In the case of the motions filed by Lead Counsel in the Advertiser Class Action and counsel for 24 Newspaper plaintiffs in the individual publisher actions, Meta Platforms, Inc. ("Meta") opposes the amendments on grounds of futility (Docs 355 & 356). The Court will grant leave to file the amended pleadings (Docs 316, 318, 320 and 325) without adjudicating the issue of futility, and subject to the right of each defendant to move to dismiss the amended pleadings (each of which has been submitted as part of the motions to amend) shall be separately filed by December 2, 2022. 2. Plaintiffs SPX Total Body Fitness LLC, Skinny School LLC and Mint Rose Day Spa LLC assert that they may amend their complaints as of right. 1 Pursuant to the Court's authority under Rule 16(b)(3)(A), Fed. R. Civ. P., any amended pleading to be filed as of right shall be filed by December 2, 2022. 3. By February 3, 2023, Google and, to the extent applicable, Meta may move to dismiss each of the federal claims in the amended pleadings authorized or contemplated in paragraphs 1 and 2 hereof and the complaint in any other Member Case of this MDL (other than the action brought by the State Plaintiffs), including the Organic Panaceas complaint. Each set of plaintiffs may respond by March 3, 2023 and Google and Meta may each reply by March 31, 2023. Each party's main briefs may not exceed 30 pages and reply briefs may not exceed 20 pages. In view of the Court's September 13, 2022 Opinion and Order addressing many overlapping issues, the parties may reference but should not brief issues that have been |

| | | |
|---|---|---|
| | | decided by the Court in the September 13 ruling unless necessitated by the unique allegations of the non-movant's pleading. 4. Google seeks to file a motion to dismiss the state law claims in the State Plaintiffs' Third Amended Complaint (Doc 357). The State Plaintiffs seek to amend their pleadings before any motion to dismiss is filed. The Court will continue the stay of Google's time to answer, the time for any amendment by the State Plaintiffs and any motion practice on the state law claims without prejudice to the right of any party to apply to the Court to dissolve the stay ninety days after entry of this Order. The State Plaintiffs and Google shall meet and confer on a stipulation as to the effect on any of the state law claims of the Court's Opinion and Order of September 13, 2022, including preservation of a party's right to appeal or reinstate a state law claim that survives or is dismissed premised on the ruling on the analogue federal antitrust claim, and report to the Court within 21 days. The stay in paragraph 4 shall also apply to any state law claim in any of the other Member Cases of this MDL. 6. The Clerk shall terminate the parties' motions and letter motions (Docs 316, 318, 320, 325, 357, 367 in 21-md-3010; Doc 54 in 21-cv-3446; Doc 214 in 21- cv-6841; and Doc 115 in 21-cv-7034). SO ORDERED. (Signed by Judge P. Kevin Castel on 11/18/2022) (vfr) (Entered: 11/18/2022) |
| 11/18/2022 | | Set/Reset Deadlines: Amended Pleadings due by 12/2/2022. Motions due by 2/3/2023. Responses due by 3/3/2023 Replies due by 3/31/2023. (vfr) (Entered: 11/18/2022) |
| 12/09/2022 | 220 | JOINT LETTER addressed to Judge P. Kevin Castel from Eric Mahr and Justina K. Sessions dated December 9, 2022 re: Stipulation Regarding State Plaintiffs' State Law Claims. Document filed by Google LLC. (Attachments: # 1 Exhibit A - Stipulation)Filed In Associated Cases: 1:21-md-03010-PKC, 1:21-cv-06841-PKC.(Mahr, Eric) (Entered: 12/09/2022) |
| 12/14/2022 | 221 | STIPULATION AND ORDER REGARDING STATE PLAINTIFF'S STATE LAW CLAIMS: NOW THEREFORE, Google and State Plaintiffs ("the parties"), through their respectivecounsel, hereby stipulate as follows: Where the Opinion and Order has determined the viability of any federal antitrust claim based on certain conduct, the parties stipulate that the Opinion and Order is also determinate of any state antitrust claim based on that same conduct; Any state law antitrust claim is deemed dismissed to the extent that it is based on conduct alleged to serve as a basis for a federal antitrust claim that the Opinion and Order dismissed; The parties have not reached any agreement-and this Stipulation should not beinterpreted as expressing a view-as to whether any state law antitrust claim based on conduct, other than conduct described in paragraph 2, should be deemed dismissed; If any portion of the Opinion and Order is reversed on appeal, Google will not take the position that State Plaintiffs, by entering into this Stipulation, have waived any state antitrust claim based on such portion of the Opinion and Order; The Opinion and Order did not dete1mine the viability of the State Plaintiffs' claims arising under the deceptive trade practice acts of the various State Plaintiffs; and The parties have not reached any agreement-and this Stipulation should not be interpreted as expressing a view-as to whether State Plaintiffs may further amend their pleadings with respect to state antitrust claims or any other claims.The Stipulation is entered as an Order of the Court with the following provisions: By February 24, 2023, the parties shall submit a stipulation describing with particularity, the claims or portions of claims governed by paragraph 2. SO ORDERED. (Signed by Judge P. Kevin Castel on 12/14/2022) Filed In Associated Cases: 1:21-md-03010-PKC, 1:21-cv-06841-PKC (ama) (Entered: 12/14/2022) |
| 01/13/2023 | 222 | LETTER addressed to Judge P. Kevin Castel from Eric Mahr and Justina K. Sessions dated January 13, 2023 re: Proposed ESI Order. Document filed by Alphabet Inc., Google LLC, Youtube, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)Filed In Associated Cases: 1:21-md-03010-PKC et al..(Mahr, Eric) (Entered: 01/13/2023) |

| 01/14/2023 | [223](#) | **FILING ERROR - DEFICIENT DOCKET ENTRY - FILER ERROR -(SEE #439 in 1:21-md-3010))** LETTER addressed to Judge P. Kevin Castel from W. Mark Lanier dated 01/13/2023 re: Plaintiffs' Proposed ESI Order. Document filed by Union City Daily Messenger, Inc., Raintree Medical And Chiropractic Center LLC, AIM Media Midwest Operating, LLC, AIM Media Texas Operating, LLC, Aim Media Indiana Operating, LLC, Appen Media Group, Inc., Nicholas Arrieta, Associated Newspapers Ltd., Mark J. Astarita, Brown County Publishing Company Inc, Capital Region Independent Media LLC, Charleston Publishing Co., Inc., Clarion Publishing Company, Inc., Clarke Publishing, Inc., Clarksburg Publishing Company, Cliffy Care Landscaping LLC, Coastal Point LLC, Commonwealth Publishing Company, Inc., Commonwealth of Kentucky, Commonwealth of Puerto Rico, Delta Press Publishing Company, Inc., Delta-Democrat Publishing Company, Michael Devaney, ECENT Corporation, Eagle Printing Company, Emmerich Newspapers, Incorporated, Enterprise-Tocsin, Inc., Flag Publications, Inc., Franklinton Publishing Co., Inc., Gale Force Media, LLC, Genius Media Group, Inc., Gould Enterprises, Inc., Grenada Star, Inc., HD Media Company, LLC, Hanson Law Firm, PC, Hattiesburg Publishing, Inc., J.O. Emmerich & Associates, Inc., JLaSalle Enterprises LLC, Journal, Inc., Kinin, Inc., Kosciusko Star-Herald, Inc., Vitor Lindo, Louisville Publishing, Inc., Mail Media, Inc., Marion Publishing Company, Mikula Web Solutions, Inc., Mint Rose Day Spa LLC, Mint Rose Day Spa LLC, Montgomery Publishing Co., Inc., Multi Media Channels LLC, Neighbor Newspapers, Inc., Newton County Appeal Inc., Organic Panaceas, LLC, Raintree Medical and Chiropractic Center, LLC, Robinson Communications Inc, Rodrock Chiropractic Pa, Rome News Media, LLC, SPX Total Body Fitness LLC, Savannah Publishing Co., Inc., Scott Publishing, Inc., Simpson Publishing Co., Inc., SkinnySchool LLC, SkinnySchool LLC, Something Extra Publishing, Inc., Southern Community Newspapers, Inc., State of Alaska, State of Arkansas, State of Florida, State of Idaho, State of Indiana, State of Louisiana, State of Mississippi, State of Missouri, State of Montana, State of Nevada, State of North Dakota, State of South Carolina, State of South Dakota, State of Utah, Michael Stellman, Sterling International Consulting Group, Sunland Publishing Company, Inc., Surefreight Global LLC, Sweepstakes Today, LLC, Tallulah Publishing, Inc., Tate Record, Inc., The Nation Company, L.P., The Progressive, Inc., The State of Texas, Times Journal, Inc., Weakley County Press, Inc., Yazoo Newspaper Co., Inc., Sara Yberra, Kinin, Inc., Raintree Medical And Chiropractic Center LLC, Rodrock Chiropractic Pa, THE NATION COMPANY, L.P., The Progressive, Inc, Appen Media Group, Inc., Commonwealth of Puerto Rico, State of South Dakota, State of Alaska, State of Florida, State of North Dakota, Mint Rose Day Spa LLC, Clarksburg Publishing Company. (Attachments: # [1](#) Exhibit A, # [2](#) Exhibit B)Filed In Associated Cases: 1:21-md-03010-PKC et al..(Lanier, W.) Modified on 1/23/2023 (kj). Modified on 1/23/2023 (kj). (Entered: 01/14/2023) |
| 01/20/2023 | [224](#) | LETTER addressed to Judge P. Kevin Castel from W. Mark Lanier dated 01/13/2023 re: Plaintiffs' Proposed ESI Order. Document filed by Union City Daily Messenger, Inc., Raintree Medical And Chiropractic Center LLC, AIM Media Midwest Operating, LLC, AIM Media Texas Operating, LLC, Aim Media Indiana Operating, LLC, Appen Media Group, Inc., Nicholas Arrieta, Associated Newspapers Ltd., Mark J. Astarita, Brown County Publishing Company Inc, Capital Region Independent Media LLC, Charleston Publishing Co., Inc., Clarion Publishing Company, Inc., Clarke Publishing, Inc., Clarksburg Publishing Company, Cliffy Care Landscaping LLC, Coastal Point LLC, Commonwealth Publishing Company, Inc., Commonwealth of Kentucky, Commonwealth of Puerto Rico, Delta Press Publishing Company, Inc., Delta-Democrat Publishing Company, Michael Devaney, ECENT Corporation, Eagle Printing Company, Emmerich Newspapers, Incorporated, Enterprise-Tocsin, Inc., Flag Publications, Inc., Franklinton Publishing Co., Inc., Gale Force Media, LLC, Genius Media Group, Inc., Gould Enterprises, Inc., Grenada Star, Inc., HD Media Company, LLC, Hanson Law Firm, PC, Hattiesburg Publishing, Inc., J.O. Emmerich & Associates, Inc., JLaSalle Enterprises |

| | | |
|---|---|---|
| | | LLC, Journal, Inc., Kinin, Inc., Kosciusko Star-Herald, Inc., Vitor Lindo, Louisville Publishing, Inc., Mail Media, Inc., Marion Publishing Company, Mikula Web Solutions, Inc., Mint Rose Day Spa LLC, Mint Rose Day Spa LLC, Montgomery Publishing Co., Inc., Multi Media Channels LLC, Neighbor Newspapers, Inc., Newton County Appeal Inc., Organic Panaceas, LLC, Raintree Medical and Chiropractic Center, LLC, Robinson Communications Inc, Rodrock Chiropractic Pa, Rome News Media, LLC, SPX Total Body Fitness LLC, Savannah Publishing Co., Inc., Scott Publishing, Inc., Simpson Publishing Co., Inc., SkinnySchool LLC, SkinnySchool LLC, Something Extra Publishing, Inc., Southern Community Newspapers, Inc., State of Alaska, State of Arkansas, State of Florida, State of Idaho, State of Indiana, State of Louisiana, State of Mississippi, State of Missouri, State of Montana, State of Nevada, State of North Dakota, State of South Carolina, State of South Dakota, State of Utah, Michael Stellman, Sterling International Consulting Group, Sunland Publishing Company, Inc., Surefreight Global LLC, Sweepstakes Today, LLC, Tallulah Publishing, Inc., Tate Record, Inc., The Nation Company, L.P., The Progressive, Inc., The State of Texas, Times Journal, Inc., Weakley County Press, Inc., Yazoo Newspaper Co., Inc., Sara Yberra, Kinin, Inc., Raintree Medical And Chiropractic Center LLC, Rodrock Chiropractic Pa, Genius Media Group, Inc., THE NATION COMPANY, L.P., The Progressive, Inc, Appen Media Group, Inc., Commonwealth of Puerto Rico, State of South Dakota, State of Alaska, State of Florida, State of North Dakota, Mint Rose Day Spa LLC, Clarksburg Publishing Company. (Attachments: # [1] Exhibit A, # [2] Exhibit B)Filed In Associated Cases: 1:21-md-03010-PKC et al..(Brown, Alex) (Entered: 01/20/2023) |
| 02/01/2023 | [225] | LETTER addressed to Judge P. Kevin Castel from W. Mark Lanier dated 02/01/2023 re: Per Court's PTO No. 5 [Dkt. 394] Plaintiffs' Topics and Positions for CMC Scheduled February 15, 2023. Document filed by Union City Daily Messenger, Inc., Raintree Medical And Chiropractic Center LLC, AIM Media Midwest Operating, LLC, AIM Media Texas Operating, LLC, Aim Media Indiana Operating, LLC, Appen Media Group, Inc., Nicholas Arrieta, Associated Newspapers Ltd., Mark J. Astarita, Brown County Publishing Company Inc, Capital Region Independent Media LLC, Charleston Publishing Co., Inc., Clarion Publishing Company, Inc., Clarke Publishing, Inc., Clarksburg Publishing Company, Cliffy Care Landscaping LLC, Coastal Point LLC, Commonwealth Publishing Company, Inc., Commonwealth of Kentucky, Commonwealth of Puerto Rico, Delta Press Publishing Company, Inc., Delta-Democrat Publishing Company, Michael Devaney, ECENT Corporation, Eagle Printing Company, Emmerich Newspapers, Incorporated, Enterprise-Tocsin, Inc., Flag Publications, Inc., Franklinton Publishing Co., Inc., Gale Force Media, LLC, Genius Media Group, Inc., Gould Enterprises, Inc., Grenada Star, Inc., HD Media Company, LLC, Hanson Law Firm, PC, Hattiesburg Publishing, Inc., J.O. Emmerich & Associates, Inc., JLaSalle Enterprises LLC, Journal, Inc., Kinin, Inc., Kosciusko Star-Herald, Inc., Vitor Lindo, Louisville Publishing, Inc., Mail Media, Inc., Marion Publishing Company, Mikula Web Solutions, Inc., Mint Rose Day Spa LLC, Mint Rose Day Spa LLC, Montgomery Publishing Co., Inc., Multi Media Channels LLC, Neighbor Newspapers, Inc., Organic Panaceas, LLC, Raintree Medical and Chiropractic Center, LLC, Robinson Communications Inc, Rodrock Chiropractic Pa, Rome News Media, LLC, SPX Total Body Fitness LLC, Savannah Publishing Co., Inc., Scott Publishing, Inc., Simpson Publishing Co., Inc., SkinnySchool LLC, SkinnySchool LLC, Something Extra Publishing, Inc., Southern Community Newspapers, Inc., State of Alaska, State of Arkansas, State of Florida, State of Idaho, State of Indiana, State of Louisiana, State of Mississippi, State of Missouri, State of Montana, State of Nevada, State of North Dakota, State of South Carolina, State of South Dakota, State of Utah, Michael Stellman, Sterling International Consulting Group, Sunland Publishing Company, Inc., Surefreight Global LLC, Sweepstakes Today, LLC, Tallulah Publishing, Inc., Tate Record, Inc., The Nation Company, L.P., The Progressive, Inc., The State of Texas, Times Journal, Inc., Weakley |

| | | |
|---|---|---|
| | | County Press, Inc., Yazoo Newspaper Co., Inc., Sara Yberra, Kinin, Inc., Raintree Medical And Chiropractic Center LLC, Rodrock Chiropractic Pa, THE NATION COMPANY, L.P., The Progressive, Inc, Appen Media Group, Inc., Commonwealth of Puerto Rico, State of South Dakota, State of Alaska, State of Florida, State of North Dakota, Mint Rose Day Spa LLC, Clarksburg Publishing Company.Filed In Associated Cases: 1:21-md-03010-PKC et al..(Lanier, W.) (Entered: 02/01/2023) |
| 02/01/2023 | 226 | LETTER addressed to Judge P. Kevin Castel from Eric Mahr and Justina K. Sessions dated 2/01/2023 re: February 15, 2023 Case Management Conference. Document filed by Alphabet Inc., Google LLC, Youtube, LLC. (Attachments: # 1 Exhibit A - Plaintiffs' RFPs)Filed In Associated Cases: 1:21-md-03010-PKC, 1:21-cv-06841-PKC.(Mahr, Eric) (Entered: 02/01/2023) |
| 02/16/2023 | 227 | LETTER addressed to Judge P. Kevin Castel from W. Mark Lanier dated 02/16/2023 re: Response to Dkt. 392. Document filed by Commonwealth of Kentucky, Commonwealth of Puerto Rico, State of Alaska, State of Arkansas, State of Florida, State of Idaho, State of Indiana, State of Louisiana, State of Mississippi, State of Missouri, State of Montana, State of Nevada, State of North Dakota, State of South Carolina, State of South Dakota, State of Utah, The State of Texas, State of South Dakota, State of Alaska, State of Florida, State of North Dakota.Filed In Associated Cases: 1:21-md-03010-PKC et al..(Lanier, W.) (Entered: 02/16/2023) |
| 02/23/2023 | 228 | LETTER addressed to Judge P. Kevin Castel from Eric Mahr and Justina K. Sessions dated 02/23/2023 re: Response to State Plaintiffs Letter (ECF 466) Requesting Leave to Amend. Document filed by Google LLC. (Attachments: # 1 Appendix A)Filed In Associated Cases: 1:21-md-03010-PKC, 1:21-cv-06841-PKC.(Mahr, Eric) (Entered: 02/23/2023) |
| 02/24/2023 | 229 | LETTER addressed to Judge P. Kevin Castel from Ashley Keller dated 02/24/2023 re: State Law Stipulation. Document filed by State of Idaho, State of Indiana, State of Louisiana, State of Mississippi, State of North Dakota, State of South Carolina, State of South Dakota, The State of Texas, State of South Dakota, State of North Dakota. (Attachments: # 1 Exhibit A - Agreed Stipulation Provisions, # 2 Exhibit B - Agreed and Disagreed Stipulation Provisions)Filed In Associated Cases: 1:21-md-03010-PKC, 1:21-cv-06841-PKC.(Keller, Ashley) (Entered: 02/24/2023) |
| 02/24/2023 | 230 | LETTER addressed to Judge P. Kevin Castel from Eric Mahr and Justina K. Sessions dated 02/24/2023 re: State Law Stipulation. Document filed by Google LLC. (Attachments: # 1 Exhibit A - Google's Proposed Stipulation, # 2 Exhibit B - Email Correspondence, # 3 Exhibit C - Plaintiffs' February 22nd Redline)Filed In Associated Cases: 1:21-md-03010-PKC, 1:21-cv-06841-PKC.(Mahr, Eric) (Entered: 02/25/2023) |
| 02/27/2023 | 231 | LETTER addressed to Judge P. Kevin Castel from W. Mark Lanier and Ashley Keller dated 02/27/2023 re: Venue Issue. Document filed by Commonwealth of Kentucky, Commonwealth of Puerto Rico, State of Alaska, State of Arkansas, State of Florida, State of Idaho, State of Indiana, State of Louisiana, State of Mississippi, State of Missouri, State of Montana, State of Nevada, State of North Dakota, State of South Carolina, State of South Dakota, State of Utah, The State of Texas, Commonwealth of Puerto Rico, State of South Dakota, State of Alaska, State of Florida, State of North Dakota.Filed In Associated Cases: 1:21-md-03010-PKC et al..(Lanier, W.) (Entered: 02/27/2023) |
| 02/27/2023 | 232 | NOTICE of Filing. Document filed by Commonwealth of Kentucky, Commonwealth of Puerto Rico, State of Alaska, State of Arkansas, State of Florida, State of Idaho, State of Indiana, State of Louisiana, State of Mississippi, State of Missouri, State of Montana, State of Nevada, State of North Dakota, State of South Carolina, State of South Dakota, State of Utah, The State of Texas, Commonwealth of Puerto Rico, State of South Dakota, State of Alaska, State of Florida, State of North Dakota. (Attachments: # 1 Exhibit Ex A - |

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                 |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |     | JPML Filing)Filed In Associated Cases: 1:21-md-03010-PKC, 1:21-cv-06841-PKC. (Keller, Ashley) (Entered: 02/27/2023)                                                                                                                                                                                                                                                                              |
| 03/03/2023 | 233 | TRANSCRIPT of Proceedings re: CONFERENCE held on 2/22/2023 before Judge P. Kevin Castel. Court Reporter/Transcriber: Sadie Herbert, (212) 805-0310. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/24/2023. Redacted Transcript Deadline set for 4/3/2023. Release of Transcript Restriction set for 6/1/2023.Filed In Associated Cases: 1:21-md-03010-PKC et al..(McGuirk, Kelly) (Entered: 03/03/2023) |
| 03/03/2023 | 234 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 2/22/2023 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...Filed In Associated Cases: 1:21-md-03010-PKC et al..(McGuirk, Kelly) (Entered: 03/03/2023) |
| 03/06/2023 | 235 | ORDER REGARDING STATE PLAINTIFF STATE LAW CLAIMS: NOW THEREFORE, the Parties, through their respective counsel, hereby stipulate as follows: To the extent that any State Plaintiff alleges a state antitrust claim in the TAC based on allegations that the Network Bidding Agreement between Google and Meta Platforms, Inc. (f/k/a as Facebook) (the "NBA") constitutes an illegal contract, combination or conspiracy, such claim is hereby deemed dismissed. To the extent that any State Plaintiff alleges a state antitrust claim in the TAC basedon allegations that Google's use of Enc1ypted User IDs constitutes monopolization or attempted monopolization of markets for ad exchanges, large-advertiser buying tools, and/or small-advertiser buying tools, such claim is deemed to have failed to allege that such conduct is anticompetitive. And as set forth herein. SO ORDERED. (Signed by Judge P. Kevin Castel on 3/06/2023) Filed In Associated Cases: 1:21-md-03010-PKC, 1:21-cv-06841-PKC (ama) (Entered: 03/06/2023) |
| 03/07/2023 | 236 | MOTION for Brooke Clason Smith to Withdraw as Attorney . Document filed by State of Idaho, State of Indiana, State of Mississippi, State of North Dakota, State of South Carolina, State of South Dakota, The State of Texas, State of South Dakota, State of North Dakota. (Attachments: # 1 Text of Proposed Order Order Granting Motion to Withdraw as Counsel)Filed In Associated Cases: 1:21-md-03010-PKC, 1:21-cv-06841-PKC.(Keller, Ashley) (Entered: 03/07/2023) |
| 03/08/2023 | 237 | ORDER GRANTING MOTION TO WITHDRAWAL AS COUNSEL: granting 236 Motion to Withdraw as Attorney. Attorney Brooke Clason Smith terminated. (Signed by Judge P. Kevin Castel on 3/07/2023) (ama) (Entered: 03/08/2023) |
| 03/09/2023 | 238 | MOTION for Noah Stephen Heinz to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC-27447604. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by The State of Texas. (Attachments: # 1 Exhibit Declaration, # 2 Exhibit Proposed Order)Filed In Associated Cases: 1:21-md-03010-PKC, 1:21-cv-06841-PKC.(Heinz, Noah) (Entered: 03/09/2023) |
| 03/09/2023 | 239 | LETTER addressed to Judge P. Kevin Castel from Eric Mahr and Justina K. Sessions dated March 9, 2023 re: State Plaintiffs' Remand Letter. Document filed by Google LLC.Filed In Associated Cases: 1:21-md-03010-PKC, 1:21-cv-06841-PKC.(Mahr, Eric) (Entered: 03/09/2023) |

| 03/10/2023 | | >>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 238 MOTION for Noah Stephen Heinz to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-27447604. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sac) (Entered: 03/10/2023) |
|---|---|---|
| 03/12/2023 | 240 | ORDER granting 238 Motion for Noah Stephen Heinz to Appear Pro Hac Vice (HEREBY ORDERED by Judge P. Kevin Castel)(Text Only Order) (Nacanther, Florence) (Entered: 03/12/2023) |
| 04/04/2023 | 241 | MOTION to Transfer Case *Google's Motion to Transfer*. Document filed by Google LLC..(Callahan, Bryce) (Entered: 04/04/2023) |
| 04/25/2023 | 242 | RESPONSE in Support of Motion re: 241 MOTION to Transfer Case *Google's Motion to Transfer*. *Google's Reply in Support of Its Motion to Transfer*. Document filed by Google LLC. (Attachments: # 1 Exhibit Exh A - 2023-4-03 LLF & KP Letter to Julie Elmer responding to 2023-03-27 Letter).(Callahan, Bryce) (Entered: 04/25/2023) |
| 05/16/2023 | 243 | ORDER: The Court held a pretrial conference today on the coordination of discovery in this MDL with a similar action brought by different plaintiffs before Judge Brinkema in the Eastern District of Virginia. United States v Google LLC, 23 cv 108 (E.D. Va.) (the "E.D. Va. Action"). The Court notes with gratitude the efforts of Magistrate Judge Anderson of the Eastern District of Virginia in resolving certain issues relating to the draft Coordination Order.The revised draft, following Magistrate Judge Anderson's rulings, has gained the assent of the parties to the E.D. Va. Action. The Court has considered the oral presentations and written submissions of the parties to the MDL relating to the draft Coordination Order. Pursuant to the authority of Rule 16(a)(1), (a)(3), (b)(3)(B)(ii), (c)(2)(F), (L) & (P), Fed. R. Civ. P., the Court is prepared to enter the draft Coordination Order in the MDL (with two minor changes) and will await delivery of a final execution copy. There are additional provisions relevant to coordination that relate solely to the MDL actions and, thus, are set forth in this Order. For good cause shown, the Court may allow parties to the MDL to examine witnesses for additional time beyond the limit set forth in in the Coordination Order or any prior Order of this Court if a party produces documents after the deadline for substantial completion of document production and the belated production has meaningfully impacted the deposition of the witness. To avoid interfering with the timely proceeding of discovery in the E.D. Va. Action, any such extended examination will occur after the conclusion of fact discovery in the E.D. Va. Action. The Court does not presently anticipate lifting the stay of discovery relating to the Network Bidding Agreement ("NBA"). But if the stay is lifted, the Court acknowledges the right of parties to the MDL to conduct discovery relating to the NBA and will enter appropriate Orders at that time. All depositions of MDL plaintiffs are stayed until the conclusion of fact discovery in the E.D. Va. Action. SO ORDERED. (Signed by Judge P. Kevin Castel on 5/16/2023) Filed In Associated Cases: 1:21-md-03010-PKC et al. (ama) (Entered: 05/16/2023) |
| 05/31/2023 | 244 | TRANSCRIPT of Proceedings re: CONFERNECE held on 5/16/2023 before Judge P. Kevin Castel. Court Reporter/Transcriber: Martha Martin, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/21/2023. Redacted Transcript Deadline set for 7/3/2023. Release of Transcript Restriction set for 8/29/2023.Filed In Associated Cases: 1:21-md-03010-PKC et al..(McGuirk, Kelly) (Entered: 05/31/2023) |
| 05/31/2023 | 245 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 5/16/2023 has been filed by |

| | | the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...Filed In Associated Cases: 1:21-md-03010-PKC et al..(McGuirk, Kelly) (Entered: 05/31/2023) |
|---|---|---|
| 06/02/2023 | 246 | MOTION for Daniel Strunk to Withdraw as Attorney . Document filed by State of Idaho, State of Indiana, State of Mississippi, State of North Dakota, State of South Carolina, State of South Dakota, The State of Texas. (Attachments: # 1 Text of Proposed Order [PROPOSED] Order Granting Motion to Withdraw Daniel Strunk as Counsel of Record)Filed In Associated Cases: 1:21-md-03010-PKC, 1:21-cv-06841-PKC.(Keller, Ashley) (Entered: 06/02/2023) |
| 06/04/2023 | 247 | ORDER GRANTING MOTION TO WITHDRAWAL AS COUNSEL granting (566) Motion to Withdraw as Attorney. Attorney Daniel Strunk terminated in case 1:21-md-03010-PKC; granting (246) Motion to Withdraw as Attorney. IT IS HEREBY ORDERED that Daniel Strunk is withdrawn as counsel for the Plaintiff States, Texas, Idaho, Indiana, Mississippi, North Dakota, South Carolina, and South Dakota and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification in the above-captioned proceeding. Attorney Daniel Strunk terminated in case 1:21-cv-06841-PKC (Signed by Judge P. Kevin Castel on 6/4/2023) Filed In Associated Cases: 1:21-md-03010-PKC, 1:21-cv-06841-PKC (rro) (Entered: 06/05/2023) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 06/11/2023 20:39:56 | | |
| **PACER Login:** | mahre0725 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:21-cv-06841-PKC |
| **Billable Pages:** | 30 | **Cost:** | 3.00 |